| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Barry, Maryanne T | 2. Court or Organization  US Court of Appeals 3rdCircuit | 3. Date of Report  9/12/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge | 5. ReportType (check appropriate type)  ○ Nomination. Date  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address  USPO & Courthouse Bldg  N wark, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining ther to, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ▮▮▮Trust #1 |
| 2. Co-Trustee | ▮▮▮Trust #2 |
| 3. Co-Trustee | ▮▮▮Trust #3 |
| 4. Co-Trust e | ▮▮▮Trust #6 |
| 5. Co-Trustee | ▮▮▮Trust #7 |
| 6. Co-Trustee | ▮▮▮Trust #8 |
| 7. Co-Trust e | ▮▮▮Trust #12 |
| 8. Co-Trustee | ▮▮▮Trust #18 |
| 9. Co-Trustee | ▮▮▮Trust #19 |
| 10. Trustee | ▮▮▮Trust #20 |
| 11. Co-Trustee | ▮▮▮Trust #21 |
| 12. Co-Trustee | ▮▮▮Trust #22 |

FINANCIAL DISCLOSURE OFFICE

RECEIVED

2006 SEP 19 A 11: 05

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income. assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1 Brooklyn, NY | G | LLC | P1 | U | | | | | |
| 2. Rental Property #2 Brooklyn, NY | F | LLC | O | U | | | | | |
| 3. Rental Property #18 Brooklyn, NY | F | S-CORP | M | U | | | | | |
| 4. Rental Property #16 Brooklyn, NY | E | S-CORP | N | U | | | | | |
| 5. Rental Property #17 Brooklyn, NY | F | S-CORP | O | U | | | | | |
| 6. Family Business #1 Manhasset, NY | | None | | | LIQUIDATED | 12/31 | | | |
| 7. Family Business #2 Brooklyn, NY | | None | M | U | | | | | |
| 8. Rental Property #21 Brooklyn, NY | C | S-CORP | N | U | | | | | |
| 9. Rental Property #22 Brooklyn, NY | H1 | S-CORP | J | U | | | | | |
| 10. Rental Property #23 Brooklyn, NY | C | S-CORP | M | U | | | | | |
| 11. Rental Property #25 Brooklyn, NY | | None | | | TO TRUST | 1/1 | P2 | | |
| 12. Rental Property #24 Brooklyn, NY | | None | | | TO TRUST | 1/1 | P1 | | |
| 13. Rental Property #11 Brooklyn, NY | G | None | L | U | | | | | |
| 14. Rental Property #10 Brooklyn, NY | | None | J | U | | | | | |
| 15. Rental Property #13 Brooklyn, NY | | None | J | U | | | | | |
| 16. ▮▮▮Trust #6 - List of assets: | A | Int | P1 | T | | | | | |
| 17. - Cash JP MorganChase | | | | | | | | | |
| 18. ▮▮▮Trust #7 - List of assets: | E | Int | P1 | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Cash JPMorganChase | | | | | | | | | |
| 20. ▓▓▓ Trust #15 - List of assets: | | None | N | T | | | | | |
| 21. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 22. - JPMORGAN TAX AWARE SHORT INTERMEDIATE INCOME FUND | | | | | | | | | |
| 23. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 24. - I SHARES RUSSELL 1000 | | | | | | | | | |
| 25. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | | | | | |
| 26. - JPMORGAN INTREPID AMERICA FUND | | | | | | | | | |
| 27. - JPMORGAN TAX AWARE LARGE CAP VALUE FUND | | | | | | | | | |
| 28. - JPMORGAN TRUST SMALL CAP EQUITY FUND | | | | | | | | | |
| 29. - JPMORGAN FLEMING INTL EQUITY FUND | | | | | | | | | |
| 30. -JPMORGAN INTERMEDIATE TX FREE BD FD | | | | | BUY | 7/1 | K | | |
| 31. -JPMORGAN JAPAN FD | | | | | BUY | 7/1 | J | | |
| 32. -JPMORGAN INTREPID QWTH FD | | | | | BUY | 7/1 | J | | |
| 33. ▓▓▓ Trust #16 - List of assets: | | None | M | T | | | | | |
| 34. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 35. - JPMORGAN TAX AWARE SHORT INT INCOME FUND | | | | | | | | | |
| 36. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger. redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - I SHARES RUSSELL 1000 | | | | | | | | | |
| 38. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | | | | | |
| 39. - JPMORGAN INTREPID AMERICA FUND | | | | | | | | | |
| 40. - JPMORGAN TAX AWARE LARGE CAP VALUE | | | | | | | | | |
| 41. - JPMORGAN TRUST SMALL CAP EQUITY FUND | | | | | | | | | |
| 42. - JPMORGAN FLEMING INTL EQUITY FUND | | | | | | | | | |
| 43. -JPMORGAN JAPAN FD | | | | | BUY | 7/1 | J | | |
| 44. -JPMORGAN INTREPID GWTH FD | | | | | BUY | 7/1 | J | | |
| 45. -JPMORGAN INTERMEDIATE TX FREE BD FD | | | | | BUY | 7/1 | K | | |
| 46. ████ Trust #17 - List of assets: | | None | P1 | T | | | | | |
| 47. - Cash JPMorganChase | | | | | | | | | |
| 48. - JPMorgan Tax Aware | | | | | | | | | |
| 49. - JPMorgan Fleming Intl Equity Fund | | | | | | | | | |
| 50. - JPMORGAN TAX AWARE SHORT INT INCOME FUND | | | | | | | | | |
| 51. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 52. - JPMORGAN INTREPID AMERICA FUND | | | | | | | | | |
| 53. - JPMORGAN SMALL CAP EQUITY FUND | | | | | | | | | |
| 54. -JPMORGAN JAPAN FD | | | | | BUY | 7/1 | L | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -JPMORGAN INTREPID GWTH FD | | | | | BUY | 7/1 | L | | |
| 56. -JPMORGAN INTERMEDIATE TX FREE BD FD | | | | | BUY | 7/1 | M | | |
| 57. ███████Trust #1 – List of assets: | D | Int / Div | O | T | | | | | |
| 58. - Cash JPMorganChase | | | | | | | | | |
| 59. - NEW WORLDFUND | | | | | BUY | 4/7 | M | | |
| 60. ███████Trust #2 – List of assets: | D | Int / Div | O | T | | | | | |
| 61. - Cash JPMorganChase | | | | | | | | | |
| 62. - NEW WORLD FUND | | | | | BUY | 4/7 | M | | |
| 63. - SMALL CAP WORLD FUND | | | | | BUY | 4/7 | M | | |
| 64. ███████Trust #3 – List of assets: | E | Int | P1 | T | | | | | |
| 65. - Cash JPMorganChase | | | | | | | | | |
| 66. ███████Trust #8 – List of assets: | H2 | S-Corp/LLC | P4 | U | | | | | |
| 67. - Rental Property #24 | | | | | | | | | |
| 68. - Rental Property #21 | | | | | | | | | |
| 69. - Rental Property #25 | | | | | | | | | |
| 70. - Rental Property #7 | | | | | LIQ | 12/31 | | | |
| 71. - Rental Property #22 | | | | | | | | | |
| 72. - Rental Property #23 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,000-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.   - Cash - Chase | | | | | OPEN | 1/1 | P3 | | |
| 74.   █████ Trust #12 - List of assets: | H2 | S-Corp/LLC | P4 | U | | | | | |
| 75.   - Rental Property #24 | | | | | | | | | |
| 76.   - Rental Property #21 | | | | | | | | | |
| 77.   - Rental Property #25 | | | | | | | | | |
| 78.   - Rental Property #7 | | | | | LIQ | 12/31 | | | |
| 79.   - Rental Property #22 | | | | | | | | | |
| 80.   - Rental Property #23 | | | | | | | | | |
| 81.   - CASH - CHASE | | | | | OPEN | 1/1 | P3 | | |
| 82.   Chase Manhattan Bank | F | Interest | P1 | T | | | | | |
| 83.   CAPITAL GUARDIAN- FIXED INCOME: | | | | | | | | | |
| 84.   NY Empire UDC 5% 1/1/13 | D | Interest | N | T | | | | | |
| 85.   NY ST PWR AU 4.5% 11/15/08 | D | Interest | | | SELL | 11/1 | M | A | |
| 86.   NY DORM AUTH SVC 4.375% 4/1/11 | D | Interest | N | T | | | | | |
| 87.   NJ ECON DEV 5.25% 6/15/07 | D | Interest | M | T | | | | | |
| 88.   CO HLTH CHI 4.25% 9/1/09 | D | Interest | M | T | | | | | |
| 89.   MICH ST BLDG 5.25% 10/15/11 | D | Interest | M | T | | | | | |
| 90.   Brazos River 4.75% 5/1/29 | C | Interest | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. NYS TWY AMBA 5% 4/01/09 | E | Interest | N | T | | | | | |
| 92. NYC HLTH/HOSP CORP 4.05% 2/15/11 | D | Interest | N | T | | | | | |
| 93. NYS DORM AUTH 4.5% 7/1/09 | D | Interest | N | T | | | | | |
| 94. NYS DORM 5.25% 11/15/23 | D | Interest | N | T | | | | | |
| 95. LIPA NY B 5.0% 6/1/07 | D | Interest | M | T | | | | | |
| 96. LIPA NY B 5.0% 12/1/06 | B | Interest | L | T | | | | | |
| 97. NY STATE TWY MBIA 5% 4/1/10 | D | Interest | M | T | | | | | |
| 98. PUERTO RICO GO E 5% 7/1/28 | D | Interest | M | T | | | | | |
| 99. NJ TRANSIT TRUST 5.25 6/15/06 | D | Interest | M | T | | | | | |
| 100. NY TOBACCO SETTLEMENT 5% 6/1/09 | D | Interest | M | T | | | | | |
| 101. PR GO C MBIA 4.25% 7/1/22 | D | Interest | M | T | | | | | |
| 102. SUFFOLK CO NY MBI 4% 6/15/11 | D | Interest | N | T | | | | | |
| 103. NY ST ENVIRON FAC CL 5.25% 6/15/12 | D | Interest | M | T | | | | | |
| 104. NASSAU CO SALES TAX 5% 11/15/14 | D | Interest | M | T | | | | | |
| 105. SUFFOLK CO NY SWR XL 4% 2/1/06 | D | Interest | | | SELL | 11/1 | N | A | |
| 106. NYC GO 5.625% 4/15/05 | C | Interest | | T | SELL | 4/15 | M | A | |
| 107. NYC GO 5% 8/1/15 | D | Interest | N | T | | | | | |
| 108. NY ST ENV PIT FGIC 5.25% 12/15/16 | D | Interest | N | T | | | | | |

1. **Income/Gain Codes:** A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. **Value Codes:** J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. **Value Method Codes** Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109.  BP/VALDEZ AK DFR 1.65% 7/1/37 | A | Interest | | T | SELL | 1/13 | M | A | |
| 110.  YONKERS NY GO MBIA 5% 12/1/07 | D | Interest | N | T | | | | | |
| 111.  MET TRANS AUTH NY 5.25% 11/15/17 | D | Interest | N | T | BUY | 1/12 | N | | |
| 112.  NY CITY TFA RECOVERY 2.237% 11/01/22 | C | Interest | | | BUY | 3/18 | P1 | | |
| 113. | | | | | PARTIAL SALE | 3/23 | N | A | |
| 114. | | | | | PARTIAL SALE | 4/12 | P1 | A | |
| 115. | | | | | PARTIAL SALE | 4/18 | L | A | |
| 116. | | | | | SELL | 4/22 | N | A | |
| 117.  NY CITY TFA A 5.5% 11/1/26 | D | Interest | N | T | BUY | 3/22 | N | | |
| 118.  NY SALES TAX RECEIV 5% 10/15/21 | D | Interest | N | T | BUY | 4/21 | N | | |
| 119.  NEW YORK CITY GO M 5% 4/1/13 | D | Interest | N | T | BUY | 4/15 | N | | |
| 120.  NYC NY SUB E4 DFRN 2.7% 8/1/22 | | None | N | T | BUY | 8/5 | O | | |
| 121. | | | | | PARTIAL SALE | 8/10 | N | A | |
| 122. | | | | | SELL | 8/19 | M | A | |
| 123.  NY ST DORM AUTH ST 5% 7/1/15 | | None | N | T | BUY | 8/8 | N | | |
| 124.  NY ST TWY AU FSA 5% 4/1/15 | | None | M | T | BUY | 8/18 | M | | |
| 125.  NYS URBAN DEV CORP 5.5% 1/1/2017 | | None | N | T | BUY | 11/2 | N | | |
| 126.  NYC NY SUB E4 DFRN 8/1/22 | A | Interest | O | T | BUY | 12/9 | O | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | | | | | PARTIAL SALE | 12/12 | O | A | |
| 128. NEW YORK ST TWY AUTH 5% 4/1/2019 | | None | N | T | BUY | 12/14 | N | | |
| 129. CONN ST HLTH YALE 7/1/29 | | None | L | T | BUY | 12/29 | L | | |
| 130. Money Market Fund - Federated NY Muni | C | Dividend | J | T | | | | | |
| 131. CAPITAL GUARDIAN - GLOBAL EQUITY: | | | | | | | | | |
| 132. Tokyo Electron | A | Dividend | L | T | PARTIAL SALE | 3/9 | K | A | |
| 133. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 134. | | | | | FR TRUST | 2/11 | M | | |
| 135. Heineken | | None | | | SELL | 4/12 | K | C | |
| 136. | | | | | FR TRUST | 2/11 | M | | |
| 137. STMicroelectronics | | None | | T | SELL | 5/16 | K | A | |
| 138. Heineken Holding NV | B | Dividend | M | T | PARTIAL SALE | 4/12 | K | D | |
| 139. Vodafone Group PLC | C | Dividend | M | T | PARTIAL SALE | 3/9 | L | E | |
| 140. | | | | | PARTIAL SALE | 4/12 | L | D | |
| 141. | | | | | PARTIAL SALE | 9/9 | L | D | |
| 142. | | | | | BUY | 12/6 | K | | |
| 143. | | | | | FR TRUST | 2/11 | N | | |
| 144. Unilever | A | Dividend | K | T | BUY | 11/10 | K | | |

1. Income/Gain Codes: A = $1.000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000.001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2).   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Cheung Kong Hldg | B | Dividend | L | T | PARTIAL SALE | 3/9 | K | A | |
| 146. | | | | | PARTIAL SALE | 6/14 | K | B | |
| 147. | | | | | FR TRUST | 2/11 | L | | |
| 148. Suncor Energy Inc | A | Dividend | K | T | PARTIAL SALE | 4/12 | K | E | |
| 149. | | | | | FR TRUST | 2/11 | K | | |
| 150. Shell CDA LTD | B | Dividend | M | T | PARTIAL SALE | 4/12 | M | F | |
| 151. | | | | | FR TRUST | 2/11 | M | | |
| 152. Astrazeneca PLC (SEK | C | Dividend | M | T | PARTIAL SALE | 6/13 | K | A | |
| 153. ASTRAZENECA PLC (GBP) | A | Dividend | L | | BUY | 12/6 | L | | |
| 154. Sun Hung Kai Prop | B | Dividend | K | T | PARTIAL SALE | 4/12 | K | D | |
| 155. Nestle SA | C | Dividend | L | T | PARTIAL SALE | 3/9 | K | D | |
| 156. | | | | | PARTIAL SALE | 4/12 | K | C | |
| 157. | | | | | PARTIAL SALE | 6/14 | K | C | |
| 158. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 159. | | | | | FR TRUST | 2/11 | M | | |
| 160. Wal-Mart De Mexico | C | Dividend | M | T | PARTIAL SALE | 3/8 | M | E | |
| 161. | | | | | PARTIAL SALE | 3/9 | K | D | |
| 162. | | | | | BUY | 4/7 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS  – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | PARTIAL SALE | 4/14 | J | A | |
| 164. | | | | | PARTIAL SALE | 4/15 | K | B | |
| 165. | | | | | PARTIAL SALE | 4/19 | K | A | |
| 166. | | | | | PARTIAL SALE | 9/9 | L | E | |
| 167. | | | | | FR TRUST | 2/11 | M | | |
| 168. UPM-Kymmene Corp | D | Dividend | | T | PARTIAL SALE | 3/9 | L | E | |
| 169. | | | | | PARTIAL SALE | 6/14 | K | A | |
| 170. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 171. | | | | | SELL | 10/18 | L | B | |
| 172. | | | | | FR TRUST | 2/11 | M | | |
| 173. Holcim LTD | C | Dividend | M | T | PARTIAL SALE | 4/12 | M | E | |
| 174. | | | | | PARTIAL SALE | 6/14 | K | E | |
| 175. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 176. | | | | | FR TRUST | 2/11 | M | | |
| 177. CRH PLC | B | Dividend | L | T | PARTIAL SALE | 3/9 | L | E | |
| 178. | | | | | PARTIAL SALE | 4/12 | K | B | |
| 179. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 180. | | | | | FR TRUST | 2/11 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,00 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. Richemont | C | Dividend | M | T | PARTIAL SALE | 3/4 | M | E | |
| 182. | | | | | PARTIAL SALE | 3/9 | K | D | |
| 183. | | | | | PARTIAL SALE | 4/12 | L | D | |
| 184. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 185. | | | | | FR TRUST | 2/11 | M | | |
| 186. Novartis AG | D | Dividend | M | T | PARTIAL SALE | 3/9 | K | D | |
| 187. | | | | | PARTIAL SALE | 4/12 | M | A | |
| 188. | | | | | PARTIAL SALE | 9/9 | L | B | |
| 189. | | | | | BUY | 12/6 | K | | |
| 190. | | | | | FR TRUST | 2/11 | M | | |
| 191. Pearson PLC | B | Dividend | J | T | BUY | 5/25 | L | | |
| 192. | | | | | PARTIAL SALE | 4/12 | K | C | |
| 193. | | | | | PARTIAL SALE | 11/3 | J | A | |
| 194. | | | | | PARTIAL SALE | 11/11 | J | A | |
| 195. | | | | | PARTIAL SALE | 11/17 | J | A | |
| 196. | | | | | PARTIAL SALE | 11/23 | J | A | |
| 197. | | | | | PARTIAL SALE | 11/29 | J | A | |
| 198. | | | | | PARTIAL SALE | 11/30 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. | | | | | PARTIAL SALE | 12/6 | J | A | |
| 200. | | | | | PARTIAL SALE | 12/7 | J | A | |
| 201. Samsung Elec Gds | C | Dividend | N | T | PARTIAL SALE | 4/12 | M | G | |
| 202. | | | | | PARTIAL SALE | 6/14 | K | E | |
| 203. | | | | | PARTIAL SALE | 9/9 | L | E | |
| 204. | | | | | FR TRUST | 2/11 | M | | |
| 205. Bouygues | D | Dividend | K | T | PARTIAL SALE | 4/12 | K | C | |
| 206. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 207. | | | | | FR TRUST | 2/11 | L | | |
| 208. JC Decaux INTL | | None | K | T | PARTIAL SALE | 3/4 | M | F | |
| 209. | | | | | PARTIAL SALE | 9/9 | L | D | |
| 210. | | | | | PARTIAL SALE | 9/23 | K | C | |
| 211. | | | | | PARTIAL SALE | 9/26 | K | B | |
| 212. | | | | | PARTIAL SALE | 9/26 | K | B | |
| 213. | | | | | PARTIAL SALE | 10/7 | J | A | |
| 214. | | | | | FR TRUST | 2/11 | M | | |
| 215. L'Air Liquide Bearer | C | Dividend | L | T | PARTIAL SALE | 3/9 | L | E | |
| 216. | | | | | PARTIAL SALE | 6/14 | J | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 218. | | | | | PARTIAL SALE | 9/13 | J | B | |
| 219. | | | | | PARTIAL SALE | 9/14 | K | C | |
| 220. | | | | | PARTIAL SALE | 9/15 | J | A | |
| 221. | | | | | PARTIAL SALE | 9/16 | J | A | |
| 222. | | | | | BUY | 12/6 | J | | |
| 223. | | | | | FR TRUST | 2/11 | M | | |
| 224. HSBC Hldgs | D | Dividend | M | T | PARTIAL SALE | 3/9 | K | D | |
| 225. | | | | | PARTIAL SALE | 4/12 | M | A | |
| 226. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 227. | | | | | FR TRUST | 2/11 | M | | |
| 228. LI & Fung | D | Dividend | M | T | PARTIAL SALE | 3/9 | K | D | |
| 229. | | | | | PARTIAL SALE | 6/16 | K | E | |
| 230. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 231. | | | | | FR TRUST | 2/11 | M | | |
| 232. Nikko Cordial Corp | | None | K | T | PARTIAL SALE | 3/9 | K | A | |
| 233. | | | | | PARTIAL SALE | 3/10 | K | A | |
| 234. | | | | | PARTIAL SALE | 3/11 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1.000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1.000,001-$5,000,000  H2 = More than $5,000.000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50.000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500.000  O = $500.001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50.000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS  – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | BUY | 11/4 | K | | |
| 236. Nissan Motor Co | C | Dividend | | T | PARTIAL SALE | 3/9 | L | E | |
| 237. | | | | | PARTIAL SALE | 4/12 | L | A | |
| 238. | | | | | PARTIAL SALE | 5/27 | K | A | |
| 239. | | | | | PARTIAL SALE | 9/9 | J | A | |
| 240. | | | | | SELL | 10/26 | L | A | |
| 241. | | | | | FR TRUST | 2/11 | M | | |
| 242. RECKITT BENCKISER | C | Dividend | L | T | PARTIAL SALE | 3/9 | M | F | |
| 243. | | | | | PARTIAL SALE | 6/14 | K | D | |
| 244. | | | | | PARTIAL SALE | 9/9 | L | D | |
| 245. | | | | | PARTIAL SALE | 9/23 | K | B | |
| 246. | | | | | PARTIAL SALE | 10/26 | K | C | |
| 247. | | | | | FR TRUST | 2/11 | M | | |
| 248. SANOFI-AVENTIS (FORMERLY SANOFI-SYNTHELABO) | C | Dividend | M | T | PARTIAL SALE | 4/12 | L | E | |
| 249. | | | | | PARTIAL SALE | 6/14 | L | E | |
| 250. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 251. | | | | | FR TRUST | 2/11 | M | | |
| 252. BG GROUP PLC | | None | | T | PARTIAL SALE | 1/6 | K | D | |

1. Income/Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
(See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000   M  = $100,001-$250,000
(See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal      R  = Cost (Real Estate Only)   S  = Assessment      T  = Cash/Market
(See Column C2)   U  = Book Value   V  = Other   W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS  – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | | | | | SELL | 1/7 | K | D | |
| 254. AMERICA MOVIL | A | Dividend | M | T | PARTIAL SALE | 4/12 | L | F | |
| 255. | | | | | PARTIAL SALE | 6/13 | J | D | |
| 256. | | | | | PARTIAL SALE | 9/9 | J | E | |
| 257. | | | | | FR TRUST | 2/10 | M | | |
| 258. SCHNEIDER ELECTRIC | C | Dividend | M | T | PARTIAL SALE | 3/9 | K | E | |
| 259. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 260. | | | | | FR TRUST | 2/11 | M | | |
| 261. RENAULT | A | Dividend | K | T | | | | | |
| 262. NIKON | A | Dividend | K | T | PARTIAL SALE | 4/12 | K | D | |
| 263. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 264. | | | | | FR TRUST | 2/11 | L | | |
| 265. HOYA CORP | B | Dividend | M | T | PARTIAL SALE | 3/9 | L | E | |
| 266. | | | | | PARTIAL SALE | 4/12 | K | C | |
| 267. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 268. | | | | | FR TRUST | 2/11 | M | | |
| 269. STANDARD CHARTERED | B | Dividend | K | T | BUY | 5/20 | K | | |
| 270. | | | | | PARTIAL SALE | 9/9 | K | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger. redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. NATIONAL GRID GROUP | D | Dividend | | | PARTIAL SALE | 9/19 | J | A | |
| 272. | | | | | PARTIAL SALE | 9/23 | J | B | |
| 273. | | | | | PARTIAL SALE | 10/19 | K | B | |
| 274. | | | | | SELL | 10/20 | J | A | |
| 275. AEON CO | A | Dividend | L | T | PARTIAL SALE | 3/9 | K | D | |
| 276. | | | | | PARTIAL SALE | 6/14 | K | A | |
| 277. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 278. | | | | | FR TRUST | 2/11 | L | | |
| 279. BCE INC | A | Dividend | | | SELL | 3/8 | K | D | |
| 280. JOHNSON ELEC | A | Dividend | | | SELL | 4/20 | J | A | |
| 281. NEWS CORP | A | Dividend | | | PARTIAL SALE | 3/8 | K | D | |
| 282. | | | | | SELL | 4/12 | K | D | |
| 283. ROYAL BANK SCOTLAND | D | Dividend | M | T | PARTIAL SALE | 4/12 | L | E | |
| 284. | | | | | PARTIAL SALE | 6/14 | J | C | |
| 285. | | | | | FR TRUST | 2/11 | M | | |
| 286. COLOPLAST | | None | | | PARTIAL SALE | 1/31 | K | C | |
| 287. | | | | | PARTIAL SALE | 2/15 | J | C | |
| 288. | | | | | PARTIAL SALE | 2/17 | J | C | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. | | | | | PARTIAL SALE | 2/21 | K | C | |
| 290. | | | | | SELL | 3/9 | J | C | |
| 291. | | | | | FR TRUST | 2/11 | L | | |
| 292. ESSILOR INTL | B | Dividend | L | T | PARTIAL SALE | 9/9 | K | E | |
| 293. KPN | D | Dividend | K | T | PARTIAL SALE | 6/14 | K | D | |
| 294. | | | | | PARTIAL SALE | 8/11 | K | C | |
| 295. | | | | | FR TRUST | 2/11 | L | | |
| 296. BNP PARIBAS | C | Dividend | L | T | PARTIAL SALE | 3/9 | K | D | |
| 297. | | | | | PARTIAL SALE | 4/12 | K | C | |
| 298. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 299. | | | | | FR TRUST | 2/11 | M | | |
| 300. GALLAGHER ARTHUR | B | Dividend | K | T | BUY | 5/19 | K | | |
| 301. | | | | | PARTIAL SALE | 9/9 | J | A | |
| 302. LUXOTTICA | | None | | | SELL | 6/14 | K | D | |
| 303. REED ELSEVIER | C | Dividend | L | T | PARTIAL SALE | 3/9 | K | D | |
| 304. | | | | | PARTIAL SALE | 4/12 | L | D | |
| 305. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 306. | | | | | FR TRUST | 2/11 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. IAC INTERACTIVE CORP (FORMERLY USA INTERACTIVE) | | None | | | PARTIAL SALE | 3/8 | L | A | |
| 308. | | | | | PARTIAL SALE | 4/12 | L | A | |
| 309. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 310. | | | | | SELL | 9/9 | J | A | |
| 311. | | | | | FR TRUST | 2/10 | M | | |
| 312. STATE STR CORP | A | Dividend | K | T | PARTIAL SALE | 9/9 | K | D | |
| 313. RHOEN-KLINIKUM | | None | | | PARTIAL SALE | 4/8 | J | A | |
| 314. | | | | | SELL | 4/12 | M | E | |
| 315. | | | | | FR TRUST | 2/11 | L | | |
| 316. YAKULT HONSHA | A | Dividend | K | T | PARTIAL SALE | 4/12 | K | D | |
| 317. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 318. | | | | | FR TRUST | 2/11 | L | | |
| 319. CINCINNATI FINL CORP | B | Dividend | L | T | PARTIAL SALE | 3/8 | K | D | |
| 320. | | | | | PARTIAL SALE | 5/9 | J | A | |
| 321. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 322. | | | | | FR TRUST | 2/10 | M | | |
| 323. DUKE ENERGY CORP | C | Dividend | L | T | PARTIAL SALE | 3/8 | K | E | |
| 324. | | | | | PARTIAL SALE | 4/12 | L | E | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 326. | | | | | FR TRUST | 2/10 | M | | |
| 327. EMERSON ELECTRIC | C | Dividend | L | T | PARTIAL SALE | 3/8 | L | E | |
| 328. | | | | | PARTIAL SALE | 4/12 | K | B | |
| 329. | | | | | PARTIAL SALE | 9/9 | L | C | |
| 330. | | | | | FR TRUST | 2/10 | M | | |
| 331. GENERAL ELECTRIC | D | Dividend | M | T | PARTIAL SALE | 4/12 | M | E | |
| 332. | | | | | PARTIAL SALE | 5/19 | J | D | |
| 333. | | | | | PARTIAL SALE | 9/9 | L | C | |
| 334. | | | | | BUY | 12/5 | K | | |
| 335. | | | | | FR TRUST | 2/10 | M | | |
| 336. ILLINOIS TOOL WORKS | B | Dividend | K | T | PARTIAL SALE | 3/8 | L | E | |
| 337. | | | | | PARTIAL SALE | 4/12 | K | A | |
| 338. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 339. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 340. | | | | | FR TRUST | 2/10 | M | | |
| 341. INTEL CORP | A | Dividend | K | T | | | | | |
| 342. PEPSICO | B | Dividend | M | T | PARTIAL SALE | 3/8 | K | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. | | | | | PARTIAL SALE | 4/12 | L | C | |
| 344. | | | | | FR TRUST | 2/10 | M | | |
| 345. AT&T (FORMERLY SBC COMMUNICATIONS) | C | Dividend | K | T | PARTIAL SALE | 4/12 | K | A | |
| 346. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 347. | | | | | FR TRUST | 2/10 | L | | |
| 348. SCHLUMBERGER LTD | C | Dividend | M | T | PARTIAL SALE | 4/12 | L | E | |
| 349. | | | | | PARTIAL SALE | 6/13 | L | E | |
| 350. | | | | | FR TRUST | 2/10 | M | | |
| 351. SOUTHWEST AIRLINES | A | Dividend | L | T | PARTIAL SALE | 3/8 | K | C | |
| 352. | | | | | PARTIAL SALE | 9/9 | J | A | |
| 353. | | | | | FR TRUST | 2/10 | L | | |
| 354. UNION PACIFIC | C | Dividend | L | T | PARTIAL SALE | 3/8 | K | D | |
| 355. | | | | | PARTIAL SALE | 4/12 | K | D | |
| 356. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 357. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 358. | | | | | FR TRUST | 2/10 | M | | |
| 359. WILLIAMS SONOMA | | None | L | T | PARTIAL SALE | 4/12 | K | D | |
| 360. | | | | | FR TRUST | 2/10 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361.  AIR PRODS & CHEMS | B | Dividend | L | T | PARTIAL SALE | 3/8 | L | E | |
| 362. | | | | | PARTIAL SALE | 6/13 | J | A | |
| 363. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 364. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 365. | | | | | FR TRUST | 2/10 | M | | |
| 366.  FLUOR CORP | B | Dividend | L | T | PARTIAL SALE | 4/12 | L | E | |
| 367. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 368. | | | | | FR TRUST | 2/10 | M | | |
| 369.  INTL BUS MACH CORP | B | Dividend | L | T | PARTIAL SALE | 3/8 | L | D | |
| 370. | | | | | PARTIAL SALE | 4/12 | K | A | |
| 371. | | | | | PARTIAL SALE | 9/9 | J | A | |
| 372. | | | | | FR TRUST | 2/10 | M | | |
| 373.  LILLY ELI & CO | B | Dividend | L | T | PARTIAL SALE | 3/8 | L | A | |
| 374. | | | | | PARTIAL SALE | 6/13 | K | A | |
| 375. | | | | | PARTIAL SALE | 8/15 | J | A | |
| 376. | | | | | PARTIAL SALE | 8/16 | J | A | |
| 377. | | | | | PARTIAL SALE | 8/17 | J | A | |
| 378. | | | | | PARTIAL SALE | 8/17 | J | A | |

1. Income/Gain Codes:    A = $1.000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. | | | | | SELL | 8/18 | K | A | |
| 380. | | | | | FR TRUST | 2/10 | M | | |
| 381. MICROSOFT CORP | B | Dividend | L | T | PARTIAL SALE | 3/8 | K | A | |
| 382. | | | | | PARTIAL SALE | 4/12 | K | A | |
| 383. | | | | | PARTIAL SALE | 9/9 | J | A | |
| 384. | | | | | FR TRUST | 2/10 | L | | |
| 385. CAMPBELL SOUP CO | B | Dividend | K | T | PARTIAL SALE | 4/12 | K | C | |
| 386. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 387. | | | | | FR TRUST | 2/10 | L | | |
| 388. APPLIED MATERIALS | A | Dividend | | | PARTIAL SALE | 3/8 | K | B | |
| 389. | | | | | SELL | 9/9 | L | D | |
| 390. | | | | | FR TRUST | 2/10 | L | | |
| 391. ROYAL DUTCH SHELL (FORMERLY ROYAL DUTCH PETE) | D | Dividend | N | T | PARTIAL SALE | 4/12 | M | E | |
| 392. | | | | | PARTIAL SALE | 4/12 | K | D | |
| 393. | | | | | FR TRUST | 2/10 | N | | |
| 394. UNITED TECHNOLOGIES | C | Dividend | M | T | PARTIAL SALE | 3/8 | L | E | |
| 395. | | | | | PARTIAL SALE | 4/12 | L | C | |
| 396. | | | | | PARTIAL SALE | 9/9 | K | C | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 397. | | | | | FR TRUST | 2/10 | M | | |
| 398. KNIGHT RIDDER | A | Dividend | | T | PARTIAL SALE | 4/12 | K | A | |
| 399. | | | | | SELL | 8/9 | K | A | |
| 400. | | | | | FR TRUST | 2/10 | L | | |
| 401. BAKER HUGHES | A | Dividend | L | T | PARTIAL SALE | 3/8 | K | D | |
| 402. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 403. | | | | | FR TRUST | 2/10 | L | | |
| 404. CITIGROUP | B | Dividend | K | T | | | | | |
| 405. WELLS FARGO & CO | B | Dividend | L | T | PARTIAL SALE | 4/12 | K | D | |
| 406. | | | | | FR TRUST | 2/10 | L | | |
| 407. BERKSHIRE HATHAWAY | | None | L | T | PARTIAL SALE | 3/8 | K | D | |
| 408. | | | | | PARTIAL SALE | 4/12 | K | A | |
| 409. | | | | | FR TRUST | 2/10 | L | | |
| 410. ROBERT HALF INTL | A | Dividend | K | T | PARTIAL SALE | 9/9 | K | D | |
| 411. COSTCO | B | Dividend | L | T | PARTIAL SALE | 3/8 | M | F | |
| 412. | | | | | PARTIAL SALE | 4/12 | L | D | |
| 413. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 414. | | | | | FR TRUST | 2/10 | M | | |

| 1. Income/Gain Codes: | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15.000 | E = $15.001-$50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5.000.000 | |
| 2. Value Codes: | J = $15.000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. LOWES COS | A | Dividend | M | T | PARTIAL SALE | 4/12 | M | E | |
| 416. | | | | | PARTIAL SALE | 4/12 | K | C | |
| 417. | | | | | FR TRUST | 2/10 | N | | |
| 418. BECTON DICKINSON | B | Dividend | | | PARTIAL SALE | 3/8 | K | D | |
| 419. | | | | | PARTIAL SALE | 5/24 | J | C | |
| 420. | | | | | SELL | 9/9 | L | D | |
| 421. | | | | | FR TRUST | 2/10 | L | | |
| 422. UNITED PARCEL SERVICE | A | Dividend | L | T | BUY | 5/24 | L | | |
| 423. | | | | | PARTIAL SALE | 4/12 | K | C | |
| 424. EXXON MOBIL | C | Dividend | M | T | PARTIAL SALE | 4/12 | M | F | |
| 425. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 426. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 427. | | | | | BUY | 12/5 | K | | |
| 428. | | | | | FT TRUST | 2/10 | M | | |
| 429. FEDEX CORP | A | Dividend | L | T | PARTIAL SALE | 4/12 | K | D | |
| 430. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 431. | | | | | FR TRUST | 2/10 | L | | |
| 432. RADIOSHACK | A | Dividend | | | PARTIAL SALE | 6/13 | K | D | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. | | | | | PARTIAL SALE | 9/9 | J | A | |
| 434. | | | | | PARTIAL SALE | 12/8 | J | A | |
| 435. | | | | | SELL | 12/9 | K | A | |
| 436. | | | | | FR TRUST | 2/10 | L | | |
| 437. SIEMENS | A | Dividend | M | T | PARTIAL SALE | 4/12 | K | C | |
| 438. | | | | | FR TRUST | 2/10 | L | | |
| 439. CANADIAN NATIONAL RAILWAY | A | Dividend | | T | SELL | 6/13 | K | E | |
| 440. ALLERGAN INC | A | Dividend | M | T | PARTIAL SALE | 3/8 | K | D | |
| 441. | | | | | PARTIAL SALE | 4/12 | K | A | |
| 442. | | | | | FR TRUST | 2/10 | M | | |
| 443. SLM CORP | C | Dividend | M | T | PARTIAL SALE | 6/13 | K | D | |
| 444. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 445. | | | | | FR TRUST | 2/10 | M | | |
| 446. WEATHERFORD INTL | | None | L | T | PARTIAL SALE | 3/8 | K | D | |
| 447. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 448. | | | | | FR TRUST | 2/10 | L | | |
| 449. TELEFONICA S.A. | B | Dividend | | | PARTIAL SALE | 3/9 | K | D | |
| 450. | | | | | PARTIAL SALE | 8/11 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 452. | | | | | SELL | 11/7 | L | C | |
| 453. | | | | | FR TRUST | 2/11 | L | | |
| 454. PORTUGAL TELECOM | C | Dividend | L | T | PARTIAL SALE | 3/9 | L | E | |
| 455. | | | | | PARTIAL SALE | 4/12 | K | D | |
| 456. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 457. | | | | | FR TRUST | 2/11 | M | | |
| 458. RIO TINTO | D | Dividend | M | T | PARTIAL SALE | 4/12 | L | E | |
| 459. | | | | | PARTIAL SALE | 6/14 | K | E | |
| 460. | | | | | FR TRUST | 2/11 | M | | |
| 461. AMERICAN STD | B | Dividend | L | T | PARTIAL SALE | 3/9 | M | F | |
| 462. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 463. | | | | | PARTIAL SALE | 9/9 | L | D | |
| 464. | | | | | BUY | 12/5 | J | | |
| 465. | | | | | BUY | 12/6 | J | | |
| 466. | | | | | BUY | 12/7 | J | | |
| 467. | | | | | BUY | 12/12 | J | | |
| 468. | | | | | FR TRUST | 2/10 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000.001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 469. UNOCAL | A | Dividend | | | SELL | 8/11 | L | E | |
| 470. WD-40 COMPANY | A | Dividend | | | SELL | 3/4 | K | D | |
| 471. SAP | A | Dividend | L | T | | | | | |
| 472. | | | | | FR TRUST | 2/11 | K | | |
| 473. YAHOO JAPAN | A | Dividend | | | SELL | 6/13 | K | E | |
| 474. DEUTSCHE BANK | A | Dividend | | | BUY | 5/20 | K | | |
| 475. | | | | | SELL | 8/10 | L | D | |
| 476. KINDER MORGAN | B | Dividend | L | T | PARTIAL SALE | 3/16 | J | A | |
| 477. | | | | | PARTIAL SALE | 4/12 | K | D | |
| 478. | | | | | PARTIAL SALE | 6/13 | K | C | |
| 479. | | | | | PARTIAL SALE | 6/20 | J | A | |
| 480. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 481. | | | | | BUY | 12/5 | K | | |
| 482. | | | | | FR TRUST | 2/10 | L | | |
| 483. MITSUBISHI CORP | C | Dividend | N | T | PARTIAL SALE | 4/12 | K | D | |
| 484. | | | | | PARTIAL SALE | 5/11 | L | E | |
| 485. | | | | | FR TRUST | 2/11 | M | | |
| 486. COMCAST | | None | K | T | PARTIAL SALE | 4/12 | L | C | |

1. Income/Gain Codes: A = $1.000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 488. | | | | | FR TRUST | 2/10 | M | | |
| 489. CANON | A | Dividend | K | T | PARTIAL SALE | 6/13 | K | B | |
| 490. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 491. | | | | | FR TRUST | 2/11 | L | | |
| 492. WHOLE FOODS MARKET | B | Dividend | L | T | PARTIAL SALE | 4/12 | M | F | |
| 493. | | | | | PARTIAL SALE | 9/9 | K | E | |
| 494. | | | | | PARTIAL SALE | 9/9 | L | E | |
| 495. | | | | | FR TRUST | 2/10 | M | | |
| 496. AMYLIN PHARMACEUTICALS | | None | K | T | PARTIAL SALE | 4/12 | K | A | |
| 497. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 498. | | | | | FR TRUST | 2/10 | L | | |
| 499. PETCO | | None | | | SELL | 8/9 | K | C | |
| 500. LUNDBECK | | None | | | PARTIAL SALE | 3/23 | J | B | |
| 501. | | | | | PARTIAL SALE | 4/1 | J | A | |
| 502. | | | | | SELL | 4/13 | J | B | |
| 503. | | | | | | | | | |
| 504. CHECKFREE CORP | | None | | | SELL | 8/9 | K | D | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 505. KRAFT FOODS | B | Dividend | K | T | PARTIAL SALE | 4/12 | K | D | |
| 506. | | | | | PARTIAL SALE | 9/9 | J | B | |
| 507. | | | | | FR TRUST | 2/10 | L | | |
| 508. MITSUBISHI ESTATE | | None | M | T | PARTIAL SALE | 3/9 | K | D | |
| 509. | | | | | PARTIAL SALE | 4/12 | K | B | |
| 510. | | | | | BUY | 5/20 | M | | |
| 511. | | | | | PARTIAL SALE | 9/9 | M | D | |
| 512. | | | | | BUY | 12/6 | L | | |
| 513. | | | | | FR TRUST | 2/11 | L | | |
| 514. HONG KONG & CHINA GAS | C | Dividend | M | T | PARTIAL SALE | 6/14 | L | E | |
| 515. | | | | | FR TRUST | 2/11 | M | | |
| 516. SHIONOGI & CO | | None | | | PARTIAL SALE | 1/20 | J | A | |
| 517. | | | | | SELL | 3/4 | J | A | |
| 518. RAYTHEON | A | Dividend | | | PARTIAL SALE | 1/6 | K | D | |
| 519. | | | | | SELL | 1/7 | K | D | |
| 520. GOLDEN WEST FINL | A | Dividend | K | T | PARTIAL SALE | 4/12 | K | D | |
| 521. | | | | | FR TRUST | 2/10 | L | | |
| 522. JPMORGAN CHASE | C | Dividend | M | T | BUY | 6/15 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2).  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. | | | | | BUY | 6/15 | K | | |
| 524. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 525. | | | | | FR TRUST | 2/10 | L | | |
| 526. DU PONT EI DE NEMOUR | B | Dividend | | | PARTIAL SALE | 3/8 | K | D | |
| 527. | | | | | SELL | 8/9 | L | A | |
| 528. | | | | | FR TRUST | 2/10 | L | | |
| 529. AMERICAN ELEC PWR | A | Dividend | | | SELL | 5/26 | K | D | |
| 530. HBOS PLC | D | Dividend | M | T | PARTIAL SALE | 3/9 | L | E | |
| 531. | | | | | PARTIAL SALE | 9/9 | L | D | |
| 532. | | | | | FR TRUST | 2/11 | M | | |
| 533. PROCTOR AND GAMBLE | A | Dividend | K | T | PARTIAL SALE | 3/8 | K | B | |
| 534. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 535. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 536. | | | | | FR TRUST | 2/10 | L | | |
| 537. UNI-CHARM | | None | | | PARTIAL SALE | 2/25 | J | A | |
| 538. | | | | | PARTIAL SALE | 2/28 | J | A | |
| 539. | | | | | PARTIAL SALE | 3/7 | J | A | |
| 540. | | | | | PARTIAL SALE | 3/9 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. | | | | | SELL | 3/10 | K | A | |
| 542. AMGEN | | None | | | PARTIAL SALE | 3/8 | K | A | |
| 543. | | | | | PARTIAL SALE | 4/12 | K | A | |
| 544. | | | | | PARTIAL SALE | 4/26 | K | A | |
| 545. | | | | | PARTIAL SALE | 4/27 | K | A | |
| 546. | | | | | SELL | 4/28 | K | A | |
| 547. | | | | | FR TRUST | 2/10 | M | | |
| 548. BIOGEN | | None | | | SELL | 3/31 | K | A | |
| 549. KONICA MINOLTA | A | Dividend | | | PARTIAL SALE | 2/21 | J | A | |
| 550. | | | | | PARTIAL SALE | 3/4 | J | A | |
| 551. | | | | | PARTIAL SALE | 3/7 | J | A | |
| 552. | | | | | PARTIAL SALE | 3/10 | L | A | |
| 553. | | | | | SELL | 4/12 | L | A | |
| 554. | | | | | FR TRUST | 2/10 | M | | |
| 555. AUTONATION | | None | L | T | PARTIAL SALE | 3/8 | K | C | |
| 556. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 557. | | | | | FR TRUST | 2/10 | L | | |
| 558. SMC | A | Dividend | | | SELL | 4/12 | K | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 559. | | | | | FR TRUST | 2/11 | K | | |
| 560. MATTEL | A | Dividend | K | T | PARTIAL SALE | 3/8 | K | B | |
| 561. | | | | | PARTIAL SALE | 4/12 | K | C | |
| 562. | | | | | PARTIAL SALE | 9/9 | J | B | |
| 563. | | | | | FR TRUST | 2/10 | L | | |
| 564. AMERICAN INTL GROUP | A | Dividend | K | T | PARTIAL SALE | 3/8 | K | A | |
| 565. | | | | | PARTIAL SALE | 6/10 | K | A | |
| 566. | | | | | PARTIAL SALE | 9/9 | J | A | |
| 567. | | | | | FR TRUST | 2/10 | L | | |
| 568. CHEVRON CORP | A | None | L | T | PARTIAL SALE | 8/23 | J | A | |
| 569. | | | | | BUY | 12/5 | L | | |
| 570. SUMITOMO MITSUI FINL | A | Dividend | M | T | PARTIAL SALE | 3/9 | K | D | |
| 571. | | | | | PARTIAL SALE | 4/12 | L | D | |
| 572. | | | | | FR TRUST | 2/10 | M | | |
| 573. BHP BILLITON | B | Dividend | L | T | PARTIAL SALE | 4/12 | K | D | |
| 574. | | | | | PARTIAL SALE | 6/14 | J | C | |
| 575. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 576. | | | | | FR TRUST | 2/11 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 577. GENL GROWTH PPTYS | C | Dividend | L | T | PARTIAL SALE | 6/13 | K | D | |
| 578. | | | | | PARTIAL SALE | 9/9 | L | E | |
| 579. | | | | | FR TRUST | 2/10 | L | | |
| 580. OMNICOM GROUP | B | Dividend | L | T | PARTIAL SALE | 4/12 | L | D | |
| 581. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 582. | | | | | FR TRUST | 2/10 | M | | |
| 583. MITSUI SUMITOMO INS | B | Dividend | L | T | PARTIAL SALE | 4/12 | K | B | |
| 584. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 585. | | | | | FR TRUST | 2/11 | L | | |
| 586. DAVITA | | None | M | T | PARTIAL SALE | 4/12 | L | E | |
| 587. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 588. | | | | | FR TRUST | 2/10 | M | | |
| 589. STATOIL | B | Dividend | | | SELL | 8/10 | L | E | |
| 590. WELLPOINT (FORMERLY ANTHEM) | | None | M | T | PARTIAL SALE | 4/12 | L | D | |
| 591. | | | | | PARTIAL SALE | 9/9 | K | E | |
| 592. | | | | | PARTIAL SALE | 9/9 | K | E | |
| 593. | | | | | FR TRUST | 2/10 | M | | |
| 594. ANHEUSER BUSCH | B | Dividend | | | BUY | 1/5 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. | | | | | PARTIAL SALE | 4/12 | L | A | |
| 596. | | | | | PARTIAL SALE | 6/13 | K | A | |
| 597. | | | | | PARTIAL SALE | 9/9 | J | A | |
| 598. | | | | | PARTIAL SALE | 10/28 | K | A | |
| 599. | | | | | SELL | 10/28 | J | A | |
| 600. | | | | | FR TRUST | 2/10 | L | | |
| 601. GUIDANT | A | Dividend | | | SELL | 4/12 | K | D | |
| 602. TIME WARNER | A | Dividend | K | T | PARTIAL SALE | 4/12 | K | A | |
| 603. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 604. | | | | | FR TRUST | 2/10 | L | | |
| 605. SWISSCOM | A | Dividend | | | BUY | 5/27 | K | | |
| 606. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 607. | | | | | PARTIAL SALE | 10/17 | J | A | |
| 608. | | | | | SELL | 10/21 | J | A | |
| 609. ENI | C | Dividend | L | T | PARTIAL SALE | 4/12 | K | C | |
| 610. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 611. | | | | | BUY | 12/6 | K | | |
| 612. | | | | | FR TRUST | 2/11 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. FANUC | B | Dividend | M | T | BUY | 2/23 | M | | |
| 614. | | | | | PARTIAL SALE | 4/12 | L | A | |
| 615. | | | | | PARTIAL SALE | 9/9 | L | D | |
| 616. | | | | | FR TRUST | 2/11 | L | | |
| 617. SYNGENTA AG | C | Dividend | | | PARTIAL SALE | 4/12 | L | D | |
| 618. | | | | | PARTIAL SALE | 8/10 | K | C | |
| 619. | | | | | PARTIAL SALE | 9/12 | J | A | |
| 620. | | | | | PARTIAL SALE | 10/10 | J | A | |
| 621. | | | | | PARTIAL SALE | 10/11 | J | A | |
| 622. | | | | | PARTIAL SALE | 10/12 | J | A | |
| 623. | | | | | SELL | 12/6 | M | E | |
| 624. | | | | | FR TRUST | 2/11 | M | | |
| 625. FOREST LABS | | None | L | T | PARTIAL SALE | 4/12 | K | A | |
| 626. | | | | | PARTIAL SALE | 9/21 | J | A | |
| 627. | | | | | PARTIAL SALE | 9/21 | J | A | |
| 628. | | | | | FR TRUST | 2/10 | L | | |
| 629. ALCAN | | None | L | T | | | | | |
| 630. VERIZON COMM | B | Dividend | K | T | PARTIAL SALE | 9/9 | K | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 631. | | | | | FR TRUST | 2/10 | K | | |
| 632. SMITH & NEPHEW | A | Dividend | K | T | | | | | |
| 633. CHUGAI PHARM | A | Dividend | | | SELL | 4/12 | L | C | |
| 634. | | | | | FR TRUST | 2/11 | L | | |
| 635. CISCO | | None | K | T | PARTIAL SALE | 9/9 | K | A | |
| 636. | | | | | FR TRUST | 2/10 | K | | |
| 637. HARTFORD FINL | A | Dividend | | | PARTIAL SALE | 4/12 | K | C | |
| 638. | | | | | SELL | 9/9 | L | D | |
| 639. | | | | | FR TRUST | 2/10 | L | | |
| 640. AGILENT TECH | | None | L | T | PARTIAL SALE | 9/9 | L | E | |
| 641. | | | | | FR TRUST | 2/10 | L | | |
| 642. HANG LUNG PROP | B | Dividend | K | T | PARTIAL SALE | 4/12 | K | A | |
| 643. | | | | | FR TRUST | 2/11 | L | | |
| 644. TOKYO GAS | A | Dividend | K | T | PARTIAL SALE | 6/14 | K | A | |
| 645. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 646. | | | | | FR TRUST | 2/11 | L | | |
| 647. ACCOR | | None | K | T | PARTIAL SALE | 4/12 | K | D | |
| 648. | | | | | PARTIAL SALE | 9/9 | K | C | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code I (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 649. | | | | | FR TRUST | 2/11 | L | | |
| 650. COCA-COLA AMATIL | C | Dividend | L | T | PARTIAL SALE | 4/12 | K | D | |
| 651. | | | | | FR TRUST | 2/11 | L | | |
| 652. SINGAPORE TELECOM | | None | L | T | PARTIAL SALE | 4/12 | M | E | |
| 653. | | | | | FR TRUST | 2/11 | M | | |
| 654. ERICSSON | B | None | L | T | PARTIAL SALE | 4/12 | L | A | |
| 655. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 656. | | | | | FR TRUST | 2/11 | L | | |
| 657. EXPEDIA INC | | None | | | PARTIAL SALE | 11/10 | J | A | |
| 658. | | | | | PARTIAL SALE | 11/11 | J | A | |
| 659. | | | | | PARTIAL SALE | 11/14 | J | A | |
| 660. | | | | | PARTIAL SALE | 11/15 | J | A | |
| 661. | | | | | SELL | 11/16 | J | A | |
| 662. ALCOA | A | Dividend | | | PARTIAL SALE | 6/9 | J | A | |
| 663. | | | | | PARTIAL SALE | 6/10 | J | A | |
| 664. | | | | | SELL | 6/13 | J | A | |
| 665. DAITO TRUST | A | None | | | BUY | 5/17 | L | | |
| 666. | | | | | SELL | 6/23 | M | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 667. TESCO | B | Dividend | K | T | | | | | |
| 668. WOOLWORTHS | A | Dividend | K | T | BUY | 4/29 | J | | |
| 669. | | | | | PARTIAL SALE | 10/27 | J | A | |
| 670. 3M | A | Dividend | | | SELL | 7/12 | K | A | |
| 671. LEXMARK | | None | K | T | PARTIAL SALE | 9/9 | K | A | |
| 672. | | | | | FR TRUST | 2/10 | L | | |
| 673. SUZUKI MOTOR | A | Dividend | K | T | PARTIAL SALE | 9/9 | J | A | |
| 674. | | | | | BUY | 12/6 | J | | |
| 675. L'OREAL | B | Dividend | K | T | PARTIAL SALE | 6/14 | K | A | |
| 676. | | | | | FR TRUST | 2/10 | L | | |
| 677. POTASH CORP SK C$ | A | Dividend | K | T | BUY | 1/5 | J | | |
| 678. | | | | | BUY | 1/7 | J | | |
| 679. NATIONAL INSTRUMENTS CORP | A | Dividend | L | T | BUY | 1/26 | J | | |
| 680. | | | | | BUY | 1/27 | J | | |
| 681. | | | | | BUY | 4/1 | K | | |
| 682. | | | | | PARTIAL SALE | 9/9 | J | B | |
| 683. | | | | | FR TRUST | 2/10 | K | | |
| 684. SEPRACOR INC | | None | L | T | BUY | 1/28 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 685. | | | | | BUY | 1/31 | K | | |
| 686. | | | | | BUY | 4/26 | J | | |
| 687. | | | | | BUY | 4/27 | J | | |
| 688. | | | | | BUY | 4/28 | J | | |
| 689. | | | | | PARTIAL SALE | 10/14 | J | A | |
| 690. | | | | | FR TRUST | 2/10 | K | | |
| 691. | IBERDROLA SA | B | Dividend | L | T | BUY | 2/16 | K | |
| 692. | WASHINGTON MUT INC | C | Dividend | M | T | BUY | 2/17 | M | |
| 693. | | | | | PARTIAL SALE | 4/12 | K | A | |
| 694. | | | | | PARTIAL SALE | 9/9 | L | A | |
| 695. | | | | | BUY | 11/10 | J | | |
| 696. | | | | | BUY | 12/13 | L | | |
| 697. | | | | | BUY | 12/14 | K | | |
| 698. | | | | | BUY | 12/19 | J | | |
| 699. | TOLL HLDGS LTD | A | Dividend | L | T | BUY | 2/21 | K | |
| 700. | | | | | BUY | 2/22 | J | | |
| 701. | | | | | BUY | 3/28 | J | | |
| 702. | | | | | BUY | 12/6 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 703. | | | | | BUY | 12/7 | J | | |
| 704. | | | | | BUY | 12/8 | J | | |
| 705. | | | | | BUY | 12/9 | J | | |
| 706. | | | | | BUY | 12/16 | J | | |
| 707. | | | | | BUY | 12/19 | J | | |
| 708. | | | | | PARTIAL SALE | 10/27 | J | A | |
| 709. EXELON CORPORATION | B | Dividend | L | T | BUY | 2/28 | L | | |
| 710. | | | | | BUY | 3/1 | K | | |
| 711. | | | | | PARTIAL SALE | 9/9 | K | C | |
| 712. GENERAL DYNAMICS CORP | A | Dividend | L | T | BUY | 3/2 | L | | |
| 713. | | | | | PARTIAL SALE | 9/9 | K | B | |
| 714. CENTRICA | B | Dividend | L | T | BUY | 3/2 | L | | |
| 715. | | | | | PARTIAL SALE | 6/14 | K | A | |
| 716. FALCONBRIDGE LTD (FORMERLY NORANDA INC C$) | A | Dividend | | | BUY | 3/18 | J | | |
| 717. | | | | | BUY | 3/17 | J | | |
| 718. | | | | | BUY | 3/21 | J | | |
| 719. | | | | | BUY | 3/22 | J | | |
| 720. | | | | | BUY | 3/23 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 721. | | | | | BUY | 3/24 | J | | |
| 722. | | | | | BUY | 3/29 | J | | |
| 723. | | | | | BUY | 4/1 | J | | |
| 724. | | | | | BUY | 4/5 | J | | |
| 725. | | | | | BUY | 4/6 | J | | |
| 726. | | | | | BUY | 4/7 | J | | |
| 727. | | | | | BUY | 4/8 | J | | |
| 728. | | | | | SELL | 9/9 | L | D | |
| 729. MILLENNIUM PHARMACEUTICALS INC | | None | M | T | BUY | 4/19 | K | | |
| 730. | | | | | BUY | 4/20 | K | | |
| 731. | | | | | BUY | 4/21 | K | | |
| 732. | | | | | BUY | 4/22 | J | | |
| 733. | | | | | BUY | 4/25 | K | | |
| 734. | | | | | BUY | 4/26 | J | | |
| 735. | | | | | BUY | 4/27 | J | | |
| 736. | | | | | BUY | 4/27 | J | | |
| 737. | | | | | BUY | 4/28 | J | | |
| 738. | | | | | BUY | 4/29 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = 15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 739. | | | | | BUY | 5/2 | J | | |
| 740. | | | | | BUY | 5/3 | K | | |
| 741. | | | | | PARTIAL SALE | 6/13 | L | A | |
| 742. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 743. EAST WEST BANCORP INC | A | Dividend | L | T | BUY | 4/27 | J | | |
| 744. | | | | | BUY | 4/28 | K | | |
| 745. | | | | | BUY | 4/29 | J | | |
| 746. | | | | | BUY | 5/2 | J | | |
| 747. | | | | | BUY | 5/3 | J | | |
| 748. | | | | | BUY | 5/5 | J | | |
| 749. | | | | | BUY | 5/6 | J | | |
| 750. ALTADIS SA | A | Dividend | K | T | BUY | 5/6 | K | | |
| 751. | | | | | BUY | 5/10 | K | | |
| 752. FORTIS | C | Dividend | L | T | BUY | 5/9 | K | | |
| 753. LEGGETT & PLATT INC | A | Dividend | K | T | BUY | 5/10 | K | | |
| 754. | | | | | BUY | 5/11 | J | | |
| 755. | | | | | BUY | 5/12 | K | | |
| 756. | | | | | BUY | 5/16 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,0 0 | D = $5,0 1-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 757. SUMITOMO REAL ESTATE SALES | A | Dividend | K | T | BUY | 5/17 | K | | |
| 758. | | | | | PARTIAL SALE | 9/9 | J | A | |
| 759. JOHNSTON PRESS PLC | A | Dividend | K | T | BUY | 5/17 | K | | |
| 760. SASOL SPON ADR | A | Dividend | K | T | BUY | 6/13 | J | | |
| 761. | | | | | BUY | 6/13 | K | | |
| 762. | | | | | BUY | 6/14 | J | | |
| 763. | | | | | PARTIAL SALE | 9/9 | K | D | |
| 764. INDITEX | A | Dividend | K | T | BUY | 5/27 | K | | |
| 765. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 766. MORRISON (WILLIAM) SUPERMARKETS | A | Dividend | K | T | BUY | 5/27 | L | | |
| 767. | | | | | PARTIAL SALE | 9/9 | K | A | |
| 768. NATIONAL GRID PLC CL B | | None | | | BUY | 8/1 | J | | |
| 769. | | | | | SELL | 8/1 | J | A | |
| 770. ADOBE SYSTEMS | | None | K | T | BUY | 12/5 | K | | |
| 771. RINKER GROUP LTD | A | Dividend | L | T | BUY | 12/6 | L | | |
| 772. | | | | | FR TRUST | 2/11 | J | | |
| 773. WESFARMERS LTD | | None | K | T | BUY | 12/6 | K | | |
| 774. CANADIAN NATURAL RESOURCES | | None | L | T | BUY | 12/5 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 775. ALLIANZ | | None | K | T | BUY | 12/6 | K | | |
| 776. BAYER AG BEARER | | None | K | T | BUY | 12/6 | K | | |
| 777. BMW | | None | K | T | BUY | 12/6 | K | | |
| 778. BANCO SANTANDER CENTRAL HISPANO | | None | K | T | BUY | 12/6 | K | | |
| 779. REPSOL-YPF | | None | K | T | BUY | 12/6 | K | | |
| 780. VEOLIA ENVIRONMENT | | None | L | T | BUY | 12/6 | L | | |
| 781. KINGFISHER PLC | | None | L | T | BUY | 11/4 | L | | |
| 782. CADBURY SCHWEPPES | | None | K | T | BUY | 12/6 | K | | |
| 783. SCOTTISH AND SOUTHERN ENERGY | | None | L | T | BUY | 12/6 | L | | |
| 784. TREND MICRO | | None | L | T | BUY | 11/2 | K | | |
| 785. | | | | | BUY | 11/8 | K | | |
| 786. | | | | | BUY | 11/10 | K | | |
| 787. TOKYO ELECTRIC POWER CO | | None | K | T | BUY | 12/9 | K | | |
| 788. MCDONALDS CORP | A | Dividend | K | T | BUY | 11/4 | K | | |
| 789. IMCLONE | | None | K | T | BUY | 11/7 | J | | |
| 790. | | | | | BUY | 11/8 | J | | |
| 791. | | | | | BUY | 11/9 | J | | |
| 792. | | | | | BUY | 11/10 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1.000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000 F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000 N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000 P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000

3. Value Method Codes (See Column C2) Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market U = Book Value V = Other W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 793. | | | | | BUY | 11/11 | J | | |
| 794. | | | | | BUY | 11/14 | J | | |
| 795. | | | | | BUY | 11/30 | J | | |
| 796. AVON PRODUCTS INC | | None | K | T | BUY | 12/5 | K | | |
| 797. CAPITAL ONE FINANCIAL CORP | | None | K | T | BUY | 12/5 | K | | |
| 798. CARNIVAL CORP | | None | L | T | BUY | 12/5 | L | | |
| 799. DANAHER CORP | | None | J | T | BUY | 12/5 | J | | |
| 800. MEDCO HEALTH SOLUTIONS | | None | K | T | BUY | 12/5 | K | | |
| 801. ALCOA INC | | None | K | T | BUY | 12/12 | J | | |
| 802. | | | | | BUY | 12/13 | J | | |
| 803. | | | | | BUY | 12/14 | J | | |
| 804. DELTA PETROLEUM | | None | L | T | BUY | 12/16 | J | | |
| 805. | | | | | BUY | 12/19 | J | | |
| 806. | | | | | BUY | 12/22 | J | | |
| 807. | | | | | BUY | 12/23 | J | | |
| 808. | | | | | BUY | 12/27 | J | | |
| 809. ZYMOGENETICS INC | | None | K | T | BUY | 12/19 | J | | |
| 810. | | | | | BUY | 12/20 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5.000 | D = $5,001-$15.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5.000.000 | |
| 2. Value Codes: | J = $15.000 or less | K = $15,001-$50.000 | L = $50,001-$100.000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 811. | | | | | BUY | 12/21 | J | | |
| 812. | | | | | BUY | 12/22 | J | | |
| 813. | | | | | BUY | 12/27 | J | | |
| 814. MONEY MARKET-FEDERATED NY MUNI | E | Dividend | P1 | T | | | | | |
| 815. Money Market Fund JPMorgan Funds | F | Dividend | P1 | T | | | | | |
| 816. AXA - Money Market Fund | A | Dividend | J | T | | | | | |
| 817. Chase Manhattan Bank - IRA   List of Assets: | B | Int, Div | K | T | | | | | |
| 818.   - Eaton Vance Class B | | | | | | | | | |
| 819.   - Money Market Fund JPMorganChase | | | | | | | | | |
| 820. Rental Property #14, Norfolk,VA | E | LLC | N | U | | | | | |
| 821. Rental Property #15, Norfolk,VA | F | LLC | O | U | | | | | |
| 822. Merrill Lynch - IRA - List of assets | D | Dividend | M | T | | | | | |
| 823.   - Money Market Funds Merrill Lynch | | | | | | | | | |
| 824. ▓▓▓Trust #18 - List of Assets: | G | Div/Int | P2 | T | | | | | |
| 825.   - AGILENT TECH | | | | | SELL | 1/19 | K | D | |
| 826.   - AIR PRODUCTS & CHEMS | | | | | SELL | 1/19 | M | E | |
| 827.   - ALLERGAN INC | | | | | SELL | 1/19 | M | E | |
| 828.   - AMERICAN INTL GROUP | | | | | SELL | 1/19 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q.W) | (1) Type (e.g. buy, sell. merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 829. – AMERICAN STD | | | | | SELL | 1/19 | M | F | |
| 830. – APPLIED MATLS | | | | | SELL | 1/19 | L | A | |
| 831. – ASTRAZENECA | | | | | SELL | 1/19 | L | A | |
| 832. – BAKER HUGHES | | | | | SELL | 1/19 | L | D | |
| 833. – BECTON DICKINSON | | | | | SELL | 1/19 | K | E | |
| 834. – BERKSHIRE HATHAWAY | | | | | SELL | 1/19 | L | E | |
| 835. – CAMPBELL SOUP | | | | | SELL | 1/19 | L | D | |
| 836. – CARNIVAL CORP | | | | | SELL | 1/19 | L | E | |
| 837. – CHECKFREE CORP | | | | | SELL | 1/19 | L | F | |
| 838. – CITIGROUP INC | | | | | SELL | 1/19 | K | D | |
| 839. – COMCAST | | | | | SELL | 1/19 | L | D | |
| 840. – DUKE ENERGY | | | | | SELL | 1/19 | M | E | |
| 841. – EMERSON ELEC | | | | | SELL | 1/19 | M | E | |
| 842. – EXXON MOBIL | | | | | SELL | 1/19 | M | E | |
| 843. – FEDEX | | | | | SELL | 1/19 | L | E | |
| 844. – FLUOR CORP | | | | | SELL | 1/19 | M | F | |
| 845. – GALLAGHER ARTHUR J | | | | | SELL | 1/19 | K | C | |
| 846. – GENERAL ELEC | | | | | SELL | 1/19 | M | F | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 847. - ILLINOIS TOOL WORKS | | | | | SELL | 1/19 | M | E | |
| 848. - INTEL CORP | | | | | SELL | 1/19 | K | D | |
| 849. - IBM | | | | | SELL | 1/19 | M | E | |
| 850. - KNIGHT RIDDER | | | | | SELL | 1/19 | K | C | |
| 851. - KRAFT FOODS | | | | | SELL | 1/19 | K | D | |
| 852. - LILLY ELI & CO | | | | | SELL | 1/19 | M | A | |
| 853. - LOWES COS | | | | | SELL | 1/19 | M | F | |
| 854. - MICROSOFT CORP | | | | | SELL | 1/19 | L | A | |
| 855. - PEPSICO | | | | | SELL | 1/19 | L | D | |
| 856. - ROBERT HALF | | | | | SELL | 1/19 | K | E | |
| 857. - ROYAL DUTCH PETE 1.25 | | | | | SELL | 1/19 | M | D | |
| 858. - SBC COMMUNICATIONS | | | | | SELL | 1/19 | K | A | |
| 859. - SCHLUMBERGER LTD | | | | | SELL | 1/19 | M | F | |
| 860. - SOUTHWEST AIRLINES | | | | | SELL | 1/19 | K | C | |
| 861. - UNION PACIFIC | | | | | SELL | 1/19 | M | E | |
| 862. - UNITED PARCEL SERVICE | | | | | SELL | 1/19 | K | D | |
| 863. - UNITED TECHNOLOGIES | | | | | SELL | 1/19 | M | F | |
| 864. - UNOCAL CORP | | | | | SELL | 1/19 | M | F | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)   U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 865. - IAC INTERACTIVE CORP (FORMERLY USA INTERACTIVE) | | | | | SELL | 1/19 | M | B | |
| 866. - WASHINGTON MUT INC | | | | | SELL | 1/19 | L | D | |
| 867. - WD-40 COMPANY | | | | | SELL | 1/19 | K | B | |
| 868. - WEATHERFORD INTL | | | | | SELL | 1/19 | L | E | |
| 869. - WELLS FARGO | | | | | SELL | 1/19 | L | E | |
| 870. - CINCINNATI FINL CORP | | | | | SELL | 1/19 | L | E | |
| 871. - NESTLE | | | | | SELL | 1/19 | M | E | |
| 872. - NEWS CORP | | | | | SELL | 1/19 | L | E | |
| 873. - SUNCOR ENERGY | | | | | SELL | 1/19 | K | E | |
| 874. - NOVARTIS | | | | | SELL | 1/19 | L | D | |
| 875. - UNILEVER | | | | | SELL | 1/19 | K | B | |
| 876. - COSTCO | | | | | SELL | 1/19 | M | F | |
| 877. - HEINEKEN | | | | | SELL | 1/19 | M | D | |
| 878. - LUXOTTICA | | | | | SELL | 1/19 | K | E | |
| 879. - STATE STR CORP | | | | | SELL | 1/19 | L | E | |
| 880. - SLM CORP | | | | | SELL | 1/19 | M | E | |
| 881. - VODAFONE | | | | | SELL | 1/19 | L | E | |
| 882. - RIO TINTO | | | | | SELL | 1/19 | M | E | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 883. - WALGREEN CO | | | | | SELL | 1/19 | K | D | |
| 884. - WILLIAMS SONOMA | | | | | SELL | 1/19 | K | D | |
| 885. - RADIOSHACK | | | | | SELL | 1/19 | K | D | |
| 886. - KINDER MORGAN MGMT | | | | | SELL | 1/19 | L | D | |
| 887. - AMYLIN PHARMACEUTICALS | | | | | SELL | 1/19 | K | B | |
| 888. - WHOLE FOODS MARKET | | | | | SELL | 1/19 | M | F | |
| 889. - PETCO ANIMAL SUPPLIES | | | | | SELL | 1/19 | K | E | |
| 890. - CANON INC | | | | | SELL | 1/19 | L | C | |
| 891. - CHUBB CORP | | | | | SELL | 1/19 | K | C | |
| 892. - RAYTHEON | | | | | SELL | 1/19 | J | A | |
| 893. - DU PONT EI DE NEMOUR | | | | | SELL | 1/19 | K | B | |
| 894. - AMERICAN ELEC PWR | | | | | SELL | 1/19 | L | D | |
| 895. - PROCTOR & GAMBLE | | | | | SELL | 1/19 | K | C | |
| 896. - AMGEN | | | | | SELL | 1/19 | L | B | |
| 897. - BIOGEN | | | | | SELL | 1/19 | K | D | |
| 898. - MACROMEDIA | | | | | SELL | 1/19 | L | E | |
| 899. - AUTONATION | | | | | SELL | 1/19 | K | D | |
| 900. - MATTEL | | | | | SELL | 1/19 | K | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 901. - GENL GROWTH PPTYS | | | | | SELL | 1/19 | K | A | |
| 902. - OMNICOM GROUP | | | | | SELL | 1/19 | M | D | |
| 903. - DAVITA | | | | | SELL | 1/19 | L | E | |
| 904. - UMPQUA HLDS (RCVD FROM HUMBOLDT MERGER) | | | | | SELL | 1/19 | K | C | |
| 905. - WELLPOINT (FORMERLY ANTHEM) | | | | | SELL | 1/19 | M | E | |
| 906. - ANHEUSER BUSCH | | | | | SELL | 1/19 | K | A | |
| 907. - DOVER | | | | | SELL | 1/19 | K | B | |
| 908. - KIMBERLY CLARK | | | | | SELL | 1/19 | J | A | |
| 909. - MCDONALDS | | | | | SELL | 1/19 | K | C | |
| 910. - TIME WARNER | | | | | SELL | 1/19 | K | B | |
| 911. - FOREST LABS | | | | | SELL | 1/19 | L | A | |
| 912. - CISCO | | | | | SELL | 1/19 | J | A | |
| 913. - HARTFORD FINL SVCS | | | | | SELL | 1/19 | J | B | |
| 914. - VERIZON | | | | | SELL | 1/19 | J | A | |
| 915. - LINCARE HOLDINGS | | | | | SELL | 1/19 | K | B | |
| 916. - GUIDANT CORP | | | | | SELL | 1/19 | K | D | |
| 917. - SYNGENTA | | | | | SELL | 1/19 | L | E | |
| 918. - HSBC HLDGS | | | | | SELL | 1/19 | L | D | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - JPMORGAN CHASE | | | | | SELL | 1/19 | L | E | |
| 920. - NEENAH PAPER | | | | | SELL | 1/19 | J | A | |
| 921. - LEXMARK INTL | | | | | BUY | 1/10 | K | | |
| 922. | | | | | SELL | 1/19 | K | A | |
| 923. - US TREASURY NOTE 5.75% | G | Interest | | | BUY | 2/14 | P2 | | |
| 924. | | | | | SELL | 11/15 | P2 | A | |
| 925. - CASH - FEDERATED NY MUNI | E | Dividend | | | | | | | |
| 926. ▬▬Trust #19 - List of Assets: | G | Dividend | P3 | T | | | | | |
| 927. - CHEUNG KONG | | | | | | | | | |
| 928. - LI & FUNG | | | | | | | | | |
| 929. - SAP | | | | | BUY | 5/9 | K | | |
| 930. | | | | | BUY | 5/10 | K | | |
| 931. | | | | | BUY | 5/11 | K | | |
| 932. | | | | | BUY | 5/10 | J | | |
| 933. | | | | | BUY | 5/12 | K | | |
| 934. | | | | | BUY | 5/13 | K | | |
| 935. | | | | | BUY | 5/12 | J | | |
| 936. | | | | | BUY | 5/16 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1.000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15.000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 937. | | | | | BUY | 5/13 | J | | |
| 938. | | | | | BUY | 5/18 | J | | |
| 939. | | | | | BUY | 5/19 | J | | |
| 940. | | | | | BUY | 5/20 | J | | |
| 941.   - HONG KONG & CHINA GAS | | | | | | | | | |
| 942.   - HANG LUNG PROPERTIES | | | | | | | | | |
| 943.   - AMERICAN INTL GROUP | | | | | | | | | |
| 944.   - ANHEUSER BUSCH | | | | | SELL | 10/28 | L | A | |
| 945.   - CINCINNATI FINL | | | | | | | | | |
| 946.   - COCA-COLA AMATIL | | | | | BUY | 5/5 | J | | |
| 947.   - DOVER CORP | | | | | SELL | 1/28 | L | A | |
| 948.   - DU PONT EI DE NEMOUR | | | | | PARTIAL SALE | 8/30 | K | A | |
| 949. | | | | | PARTIAL SALE | 10/6 | K | A | |
| 950. | | | | | SELL | 10/7 | J | A | |
| 951.   - EMERSON ELEC | | | | | BUY | 8/15 | L | | |
| 952.   - GENERAL ELEC | | | | | BUY | 8/23 | L | | |
| 953. | | | | | BUY | 10/13 | K | | |
| 954.   - ILLINOIS TOOL WORKS | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 955. - IBM | | | | | | | | | |
| 956. - MATTEL | | | | | PARTIAL SALE | 8/17 | J | A | |
| 957. | | | | | PARTIAL SALE | 8/18 | K | A | |
| 958. | | | | | PARTIAL SALE | 8/19 | J | A | |
| 959. | | | | | PARTIAL SALE | 12/1 | J | A | |
| 960. | | | | | PARTIAL SALE | 12/2 | J | A | |
| 961. | | | | | SELL | 12/5 | J | A | |
| 962. - NESTLE SA | | | | | | | | | |
| 963. - PEARSON | | | | | PARTIAL SALE | 11/11 | J | A | |
| 964. | | | | | PARTIAL SALE | 11/17 | J | A | |
| 965. | | | | | PARTIAL SALE | 11/23 | J | A | |
| 966. | | | | | PARTIAL SALE | 11/29 | J | A | |
| 967. | | | | | PARTIAL SALE | 11/30 | J | A | |
| 968. | | | | | PARTIAL SALE | 12/6 | J | A | |
| 969. | | | | | PARTIAL SALE | 12/7 | J | A | |
| 970. - PEPSICO | | | | | | | | | |
| 971. - PROCTOR & GAMBLE | | | | | | | | | |
| 972. - RECKITT BENCKISER | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 973. - SCHLUMBERGER | | | | | | | | | |
| 974. - SOUTHWEST AIRLINES | | | | | | | | | |
| 975. - TIME WARNER | | | | | | | | | |
| 976. - UNION PACIFIC | | | | | | | | | |
| 977. - UNOCAL | | | | | SELL | 8/11 | K | E | |
| 978. - HSBC HLDGS | | | | | | | | | |
| 979. - AIR PRODUCTS & CHEMS | | | | | | | | | |
| 980. - GUIDANT | | | | | SELL | 10/11 | L | D | |
| 981. - LILLY ELI & CO | | | | | PARTIAL SALE | 8/17 | K | A | |
| 982. | | | | | SELL | 8/18 | M | A | |
| 983. - BHP BILLITON | | | | | SELL | 10/18 | K | D | |
| 984. - CAMPBELL SOUP | | | | | | | | | |
| 985. - REED ELSEVIER | | | | | | | | | |
| 986. - NOVARTIS AG | | | | | | | | | |
| 987. - SHELL CDA | | | | | | | | | |
| 988. - RIO TINTO | | | | | | | | | |
| 989. - ROYAL DUTCH | | | | | BUY | 12/16 | K | | |
| 990. - TESCO | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS  -- incotne, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 991. - UNITED TECHNOLOGIES | | | | | | | | | |
| 992. - KNIGHT RIDDER | | | | | PARTIAL SALE | 9/23 | J | A | |
| 993. | | | | | PARTIAL SALE | 9/26 | J | A | |
| 994. | | | | | PARTIAL SALE | 10/7 | J | A | |
| 995. | | | | | SELL | 10/10 | J | A | |
| 996. - HARTFORD FINL | | | | | | | | | |
| 997. - RICHEMONT | | | | | | | | | |
| 998. - BAKER HUGHES | | | | | | | | | |
| 999. - TELEFONICA | | | | | PARTIAL SALE | 11/7 | L | A | |
| 1000. | | | | | SELL | 11/7 | K | A | |
| 1001. - UPM-KYMMENE | | | | | PARTIAL SALE | 10/18 | K | A | |
| 1002. - L'AIR LIQUIDE BEARER | | | | | | | | | |
| 1003. - ACCOR | | | | | | | | | |
| 1004. - HEINEKEN | | | | | | | | | |
| 1005. - SWISSCOM | | | | | PARTIAL SALE | 10/17 | K | A | |
| 1006. | | | | | SELL | 10/21 | K | A | |
| 1007. - CITIGROUP | | | | | | | | | |
| 1008. - WELLS FARGO & CO | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1009. - BERKSHIRE HATHAWAY | | | | | | | | | |
| 1010. - ALCOA | | | | | PARTIAL SALE | 6/9 | K | A | |
| 1011. | | | | | PARTIAL SALE | 6/10 | K | A | |
| 1012. | | | | | PARTIAL SALE | 6/13 | K | A | |
| 1013. | | | | | BUY | 12/14 | J | | |
| 1014. - AMYLIN PHARM | | | | | | | | | |
| 1015. - SANOFI-AVENTIS | | | | | | | | | |
| 1016. - VODAFONE | | | | | BUY | 8/12 | M | | |
| 1017. - COSTCO | | | | | | | | | |
| 1018. - LOWES | | | | | | | | | |
| 1019. - OMNICOM GROUP | | | | | | | | | |
| 1020. - BECTON DICKINSON | | | | | SELL | 10/10 | L | A | |
| 1021. - AGILENT TECH | | | | | | | | | |
| 1022. - EXXON MOBIL | | | | | | | | | |
| 1023. - ENI | | | | | | | | | |
| 1024. - FEDEX | | | | | | | | | |
| 1025. - VENTURE CORP | | | | | SELL | 1/26 | L | A | |
| 1026. - RADIOSHACK | | | | | PARTIAL SALE | 12/8 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1027. | | | | | SELL | 12/9 | K | A | |
| 1028. - SIEMENS | | | | | BUY | 5/24 | K | | |
| 1029. | | | | | BUY | 6/15 | K | | |
| 1030. | | | | | BUY | 7/6 | J | | |
| 1031. | | | | | BUY | 7/7 | J | | |
| 1032. | | | | | BUY | 7/11 | K | | |
| 1033. - AMERICAN STD | | | | | BUY | 11/1 | K | | |
| 1034. - NATIONAL GRID TRANSCO | | | | | BUY | 8/1 | J | | |
| 1035. | | | | | PARTIAL SALE | 9/19 | J | A | |
| 1036. | | | | | PARTIAL SALE | 8/1 | J | A | |
| 1037. | | | | | PARTIAL SALE | 10/19 | L | A | |
| 1038. | | | | | SELL | 10/20 | K | A | |
| 1039. - RHOEN-KLINIKUM | | | | | SELL | 10/17 | L | E | |
| 1040. - SIGNAPORE TELECOMM | | | | | | | | | |
| 1041. - KRAFT FOODS | | | | | | | | | |
| 1042. - JC DECAUX | | | | | PARTIAL SALE | 12/19 | L | A | |
| 1043. - SUNCOR ENERGY | | | | | | | | | |
| 1044. - HBOS PLC | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1045. - BNP PARIBAS | | | | | | | | | |
| 1046. - SCHNEIDER ELECTRIC | | | | | | | | | |
| 1047. - BG GROUP | | | | | SELL | 10/14 | M | E | |
| 1048. - COLOPLAST | | | | | | | | | |
| 1049. - RENAULT | | | | | PARTIAL SALE | 10/24 | K | A | |
| 1050. - COMCAST | | | | | | | | | |
| 1051. - GOLDEN WEST | | | | | | | | | |
| 1052. - SIM CORP | | | | | | | | | |
| 1053. - WEATHERFORD INTL | | | | | | | | | |
| 1054. - INDITEX | | | | | BUY | 5/4 | J | | |
| 1055. - HOLCIM LTD | | | | | | | | | |
| 1056. - IAC INTERACTIVE | | | | | PARTIAL SALE | 1/18 | K | D | |
| 1057. | | | | | PARTIAL SALE | 1/19 | J | A | |
| 1058. | | | | | PARTIAL SALE | 1/20 | J | B | |
| 1059. | | | | | PARTIAL SALE | 10/31 | J | A | |
| 1060. | | | | | PARTIAL SALE | 10/31 | L | D | |
| 1061. | | | | | SELL | 11/1 | K | C | |
| 1062. - KINDER MORGAN | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1063. - GENL GROWTH PPTYS | | | | | | | | | |
| 1064. - EQUITABLE RESOURCES | | | | | SELL | 10/12 | M | E | |
| 1065. - DUKE ENERGY | | | | | | | | | |
| 1066. - APPLIED MATLS | | | | | SELL | 10/19 | L | C | |
| 1067. - HOYA | | | | | | | | | |
| 1068. - AEON | | | | | PARTIAL SALE | 4/28 | K | A | |
| 1069. | | | | | PARTIAL SALE | 5/6 | K | A | |
| 1070. - CHUGAI PHARM | | | | | SELL | 1/27 | L | A | |
| 1071. - SHIONOGI | | | | | PARTIAL SALE | 1/7 | J | A | |
| 1072. | | | | | PARTIAL SALE | 1/14 | J | A | |
| 1073. | | | | | PARTIAL SALE | 1/20 | J | A | |
| 1074. | | | | | PARTIAL SALE | 3/3 | J | A | |
| 1075. | | | | | SELL | 3/4 | J | A | |
| 1076. - VERIZON | | | | | | | | | |
| 1077. - NISSAN MOTOR | | | | | PARTIAL SALE | 4/13 | L | A | |
| 1078. | | | | | PARTIAL SALE | 10/26 | M | A | |
| 1079. | | | | | SELL | 10/26 | J | A | |
| 1080. - MITSUBISHI ESTATE | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1081. - MITSUBISHI CORP | | | | | | | | | |
| 1082. - CANON | | | | | BUY | 8/16 | J | | |
| 1083. - MITSUI SUMITOMO | | | | | BUY | 8/29 | K | | |
| 1084. - NIKON | | | | | | | | | |
| 1085. - SMC | | | | | SELL | 5/6 | L | C | |
| 1086. - YAKULT HONSHA | | | | | | | | | |
| 1087. - SUMITOMO MITSUI FINL | | | | | | | | | |
| 1088. - DAITO TRUST | | | | | PARTIAL SALE | 6/13 | M | A | |
| 1089. | | | | | SELL | 6/23 | K | A | |
| 1090. - UNI-CHARM | | | | | PARTIAL SALE | 2/16 | K | A | |
| 1091. | | | | | PARTIAL SALE | 2/25 | J | A | |
| 1092. | | | | | PARTIAL SALE | 2/28 | J | A | |
| 1093. | | | | | PARTIAL SALE | 3/7 | J | A | |
| 1094. | | | | | PARTIAL SALE | 3/8 | K | A | |
| 1095. | | | | | PARTIAL SALE | 3/9 | J | A | |
| 1096. | | | | | PARTIAL SALE | 3/11 | K | A | |
| 1097. | | | | | PARTIAL SALE | 3/10 | J | A | |
| 1098. | | | | | SELL | 3/14 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1099. - KONICA MINOLTA | | | | | PARTIAL SALE | 2/4 | K | A | |
| 1100. | | | | | PARTIAL SALE | 2/16 | J | A | |
| 1101. | | | | | PARTIAL SALE | 2/21 | K | A | |
| 1102. | | | | | PARTIAL SALE | 2/22 | J | A | |
| 1103. | | | | | PARTIAL SALE | 3/2 | J | A | |
| 1104. | | | | | PARTIAL SALE | 3/3 | J | A | |
| 1105. | | | | | PARTIAL SALE | 3/4 | J | A | |
| 1106. | | | | | PARTIAL SALE | 3/7 | J | A | |
| 1107. | | | | | PARTIAL SALE | 3/9 | J | A | |
| 1108. | | | | | PARTIAL SALE | 3/11 | J | A | |
| 1109. | | | | | SELL | 3/18 | L | A | |
| 1110. - TOKYO GAS | | | | | | | | | |
| 1111. - JOHNSTON PRESS | | | | | | | | | |
| 1112. - ERICSSON | | | | | BUY | 5/2 | K | | |
| 1113. | | | | | BUY | 8/1 | K | | |
| 1114. - TOKYO ELECTRON | | | | | BUY | 8/29 | J | | |
| 1115. - ROYAL BANK SCOTLAND | | | | | BUY | 9/2 | J | | |
| 1116. - STMICROELECTRONICS | | | | | SELL | 5/16 | K | A | |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1117. - WOOLWORTHS | | | | | BUY | 5/2 | J | | |
| 1118. | | | | | BUY | 4/29 | J | | |
| 1119. | | | | | SELL | 10/27 | J | A | |
| 1120. - WAL MART DE MEXICO | | | | | BUY | 4/7 | J | | |
| 1121. | | | | | PARTIAL SALE | 4/29 | J | A | |
| 1122. - 3M | | | | | PARTIAL SALE | 7/13 | L | A | |
| 1123. | | | | | SELL | 7/14 | K | A | |
| 1124. - LEXMARK | | | | | | | | | |
| 1125. - FOREST LABS | | | | | BUY | 12/16 | J | | |
| 1126. - UNILEVER | | | | | | | | | |
| 1127. - LUNDBECK | | | | | SELL | 11/10 | L | D | |
| 1128. - ASTRAZENECA | | | | | SELL | 1/1 | L | D | |
| 1129. - CHECKFREE | | | | | | | | | |
| 1130. - ALLERGAN | | | | | | | | | |
| 1131. - SUZUKI MOTOR | | | | | | | | | |
| 1132. - FLUOR CORP | | | | | | | | | |
| 1133. - PORTUGAL TELECOM | | | | | | | | | |
| 1134. - POTASH CORP | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, merger. redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1135. - L'OREAL | | | | | BUY | 5/3 | J | | |
| 1136. - MORRISON (WILLIAM) SUPERMARKETS | | | | | | | | | |
| 1137. - CASH - JPMORGAN PRIME MONEY FUND | | | | | | | | | |
| 1138. - LIPA NY/98 SER 1B 1.64% 5/1/33 | | | | | SELL | 1/13 | O | A | |
| 1139. - NYC TFA 1.639% 11/1/22 | | | | | PARTIAL SALE | 2/7 | O | A | |
| 1140. - SUFFOLK NY 4% 6/15/11 | | | | | | | | | |
| 1141. - NYS DORM 5.25% 11/15/26 | | | | | | | | | |
| 1142. - NYS ENVIRON 5.25% 6/15/12 | | | | | | | | | |
| 1143. - NYS TWY 5.25% 4/1/07 | | | | | | | | | |
| 1144. - TRIBOROUGH 5% 11/15/07 | | | | | | | | | |
| 1145. - NYC MUNI 5.5% 7/1/07 | | | | | | | | | |
| 1146. - NASSAU SALES TAX 5% 11/15/14 | | | | | | | | | |
| 1147. - SUFFOLK SWR 4% 2/1/06 | | | | | SELL | 11/1 | O | A | |
| 1148. - NYC GO 5.625% 4/15/05 | | | | | SELL | 4/15 | O | A | |
| 1149. - NYS DORM 6.5% 5/15/05 | | | | | SELL | 5/15 | O | A | |
| 1150. - NY DORM CATSKILLS 3% 2/15/07 | | | | | | | | | |
| 1151. - NYC GO 5% 8/1/15 | | | | | | | | | |
| 1152. - NYS ENV 5.25% 12/15/16 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1153. - MET TRANS AUTH 5% 11/15/07 | | | | | | | | | |
| 1154. - ERIE 5% 5/1/07 | | | | | | | | | |
| 1155. - EMPIRE ST 4% 3/15/07 | | | | | | | | | |
| 1156. - NYC TFA 4.5% 2/1/07 | | | | | | | | | |
| 1157. - YONKERS MBIA 5% 12/1/07 | | | | | | | | | |
| 1158. - MET TRANS AUTH 5.25% 11/15/17 | | | | | BUY | 1/12 | O | | |
| 1159. - NY ST DORM 5.25% 3/15/16 | | | | | BUY | 2/11 | N | | |
| 1160. - NY ST ENVIR 4.25% 11/15/19 | | | | | BUY | 2/3 | O | | |
| 1161. - NY SALES TAX 5% 10/15/21 | | | | | BUY | 4/21 | O | | |
| 1162. - NYC GO 5% 6/1/17 | | | | | BUY | 5/20 | O | | |
| 1163. - NYC SUB E4 2.7% 8/1/22 | | | | | BUY | 8/5 | L | | |
| 1164. - NYC TFA 2.681% 11/1/22 | | | | | BUY | 9/22 | L | | |
| 1165. | | | | | PARTIAL SALE | 11/1 | J | A | |
| 1166. - NYS URBAN DEV 5.5% 1/1/2017 | | | | | BUY | 11/1 | O | | |
| 1167. - NYC SUB E4 8/1/22 | | | | | BUY | 12/9 | L | | |
| 1168. - POTASH CORP | | | | | BUY | 1/10 | K | | |
| 1169. | | | | | BUY | 1/12 | J | | |
| 1170. | | | | | BUY | 1/12 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4).    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1171. | | | | | BUY | 1/12 | J | | |
| 1172. - LEXMARK | | | | | BUY | 1/10 | J | | |
| 1173. | | | | | BUY | 5/4 | J | | |
| 1174. - WELLPOINT | | | | | BUY | 1/10 | K | | |
| 1175. - TOLL HLDGS | | | | | BUY | 1/10 | K | | |
| 1176. | | | | | BUY | 1/24 | K | | |
| 1177. | | | | | BUY | 1/27 | K | | |
| 1178. | | | | | BUY | 1/28 | K | | |
| 1179. | | | | | BUY | 2/17 | K | | |
| 1180. | | | | | BUY | 2/21 | J | | |
| 1181. | | | | | BUY | 2/22 | J | | |
| 1182. | | | | | BUY | 3/28 | J | | |
| 1183. | | | | | PARTIAL SALE | 10/27 | J | A | |
| 1184. - JPMORGAN CHASE | | | | | BUY | 1/14 | K | | |
| 1185. | | | | | BUY | 6/15 | M | | |
| 1186. | | | | | BUY | 6/15 | L | | |
| 1187. - CRH | | | | | BUY | 1/20 | L | | |
| 1188. - DAVITA | | | | | BUY | 1/20 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1189. | | | | | BUY | 1/21 | J | | |
| 1190. - CISCO | | | | | BUY | 1/24 | J | | |
| 1191. - SYNGENTA | | | | | BUY | 1/27 | J | | |
| 1192. | | | | | PARTIAL SALE | 9/1 | J | A | |
| 1193. | | | | | PARTIAL SALE | 9/5 | K | B | |
| 1194. | | | | | PARTIAL SALE | 9/5 | J | A | |
| 1195. | | | | | PARTIAL SALE | 9/12 | J | A | |
| 1196. | | | | | PARTIAL SALE | 9/12 | J | A | |
| 1197. | | | | | PARTIAL SALE | 9/26 | J | A | |
| 1198. | | | | | PARTIAL SALE | 10/10 | J | A | |
| 1199. | | | | | PARTIAL SALE | 10/11 | J | A | |
| 1200. | | | | | PARTIAL SALE | 10/12 | J | A | |
| 1201. | | | | | SELL | 10/17 | M | D | |
| 1202. - NATIONAL INST | | | | | BUY | 1/28 | J | | |
| 1203. | | | | | BUY | 1/31 | J | | |
| 1204. | | | | | BUY | 2/1 | K | | |
| 1205. | | | | | BUY | 4/1 | J | | |
| 1206. | | | | | BUY | 4/1 | K | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000        G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less         K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000       O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                                P3 = $25,000,001-$50,000,000                             P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal               R = Cost (Real Estate Only)  S = Assessment                T = Cash/Market
   (See Column C2)              U = Book Value              V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1207. - SAMSUNG | | | | | BUY | 1/31 | K | | |
| 1208. - SUZUKI | | | | | BUY | 2/1 | K | | |
| 1209. - RINKER | | | | | BUY | 1/27 | J | | |
| 1210. | | | | | BUY | 2/2 | K | | |
| 1211. | | | | | BUY | 2/11 | K | | |
| 1212. | | | | | BUY | 4/7 | K | | |
| 1213. | | | | | BUY | 4/26 | K | | |
| 1214. | | | | | BUY | 4/21 | K | | |
| 1215. - SEPRACOR | | | | | BUY | 2/2 | K | | |
| 1216. | | | | | BUY | 2/3 | K | | |
| 1217. | | | | | BUY | 4/26 | K | | |
| 1218. | | | | | BUY | 4/27 | K | | |
| 1219. | | | | | BUY | 4/28 | K | | |
| 1220. | | | | | BUY | 8/30 | L | | |
| 1221. | | | | | BUY | 8/31 | L | | |
| 1222. | | | | | BUY | 12/16 | K | | |
| 1223. | | | | | PARTIAL SALE | 10/14 | M | A | |
| 1224. - AMERICA MOVIL | | | | | BUY | 2/4 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| I. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. | | | | | BUY | 2/7 | K | | |
| 1226. - IBERDROLA | | | | | BUY | 2/21 | K | | |
| 1227. | | | | | BUY | 10/26 | K | | |
| 1228. - BOUYGUES | | | | | BUY | 2/22 | J | | |
| 1229. | | | | | BUY | 6/23 | K | | |
| 1230. - WASHINGTON MUTUAL | | | | | BUY | 2/17 | L | | |
| 1231. | | | | | BUY | 11/10 | K | | |
| 1232. | | | | | BUY | 12/13 | L | | |
| 1233. | | | | | BUY | 12/13 | L | | |
| 1234. | | | | | BUY | 12/14 | K | | |
| 1235. | | | | | BUY | 12/19 | J | | |
| 1236. - FANUC | | | | | BUY | 2/23 | M | | |
| 1237. | | | | | BUY | 2/25 | K | | |
| 1238. - EXELON | | | | | BUY | 2/28 | L | | |
| 1239. | | | | | BUY | 3/1 | K | | |
| 1240. - GENERAL DYNAMICS | | | | | BUY | 3/1 | K | | |
| 1241. - CENTRICA | | | | | BUY | 3/1 | L | | |
| 1242. - MEDCO | | | | | BUY | 3/2 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1243. | | | | | BUY | 3/30 | K | | |
| 1244. | | | | | BUY | 9/21 | J | | |
| 1245. | | | | | BUY | 11/10 | J | | |
| 1246. - SBC COMMUNICATIONS | | | | | BUY | 3/10 | J | | |
| 1247. - MICROSOFT | | | | | BUY | 3/10 | J | | |
| 1248. - UNILEVER | | | | | BUY | 3/10 | J | | |
| 1249. - NORANDA | | | | | BUY | 3/17 | J | | |
| 1250. | | | | | BUY | 3/18 | J | | |
| 1251. | | | | | BUY | 3/21 | J | | |
| 1252. | | | | | BUY | 3/22 | J | | |
| 1253. | | | | | BUY | 3/23 | J | | |
| 1254. | | | | | BUY | 3/24 | J | | |
| 1255. | | | | | BUY | 3/29 | J | | |
| 1256. | | | | | BUY | 4/1 | J | | |
| 1257. | | | | | BUY | 4/5 | J | | |
| 1258. | | | | | BUY | 4/6 | J | | |
| 1259. | | | | | BUY | 4/7 | J | | |
| 1260. | | | | | BUY | 4/13 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and depcndent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1261.  - STATOIL | | | | | BUY | 4/1 | K | | |
| 1262. | | | | | SELL | 8/8 | K | D | |
| 1263.  - MILLENNIUM PHARM | | | | | BUY | 4/8 | J | | |
| 1264. | | | | | BUY | 4/11 | J | | |
| 1265. | | | | | BUY | 4/12 | J | | |
| 1266. | | | | | BUY | 4/13 | J | | |
| 1267. | | | | | BUY | 4/15 | J | | |
| 1268. | | | | | BUY | 4/18 | J | | |
| 1269. | | | | | BUY | 4/19 | J | | |
| 1270. | | | | | BUY | 4/20 | J | | |
| 1271. | | | | | BUY | 4/21 | J | | |
| 1272. | | | | | BUY | 4/22 | J | | |
| 1273. | | | | | BUY | 4/25 | J | | |
| 1274. | | | | | BUY | 4/26 | J | | |
| 1275. | | | | | BUY | 4/27 | J | | |
| 1276. | | | | | BUY | 4/27 | J | | |
| 1277. | | | | | BUY | 4/27 | J | | |
| 1278. | | | | | BUY | 4/28 | J | | |

1. Income/Gain Codes:       A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                                P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
   (See Column C2)            U = Book Value            V = Other            W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger.<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1279. | | | | | BUY | 4/28 | J | | |
| 1280. | | | | | BUY | 4/29 | J | | |
| 1281. | | | | | BUY | 4/29 | J | | |
| 1282. | | | | | BUY | 5/2 | J | | |
| 1283. | | | | | BUY | 5/2 | J | | |
| 1284. | | | | | BUY | 5/3 | J | | |
| 1285. | | | | | BUY | 5/3 | J | | |
| 1286. - SCOT & STHN ENERGY | | | | | BUY | 4/13 | K | | |
| 1287. | | | | | BUY | 4/14 | K | | |
| 1288. | | | | | BUY | 4/15 | K | | |
| 1289. | | | | | BUY | 4/18 | J | | |
| 1290. - UNITED PARCEL SERVICE | | | | | BUY | 4/15 | K | | |
| 1291. - EAST WEST BANCORP | | | | | BUY | 4/27 | J | | |
| 1292. | | | | | BUY | 4/28 | K | | |
| 1293. | | | | | BUY | 4/29 | J | | |
| 1294. | | | | | BUY | 5/2 | J | | |
| 1295. | | | | | BUY | 5/3 | J | | |
| 1296. | | | | | BUY | 5/4 | J | | |

| 1. Income/Gain Codes: | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1.000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1297. | | | | | BUY | 5/5 | J | | |
| 1298. | | | | | BUY | 5/6 | J | | |
| 1299. | | | | | BUY | 8/23 | J | | |
| 1300. - ALTADIS | | | | | BUY | 5/5 | K | | |
| 1301. | | | | | BUY | 12/6 | K | | |
| 1302. - FORTIS | | | | | BUY | 5/5 | K | | |
| 1303. | | | | | BUY | 9/14 | K | | |
| 1304. - LEGGET & PLATT | | | | | BUY | 5/10 | J | | |
| 1305. | | | | | BUY | 5/11 | J | | |
| 1306. | | | | | BUY | 5/12 | K | | |
| 1307. | | | | | BUY | 5/13 | J | | |
| 1308. | | | | | BUY | 5/16 | J | | |
| 1309. | | | | | BUY | 6/22 | J | | |
| 1310. | | | | | BUY | 6/23 | J | | |
| 1311. | | | | | BUY | 8/3 | J | | |
| 1312. | | | | | BUY | 8/4 | K | | |
| 1313. | | | | | BUY | 8/5 | J | | |
| 1314. | | | | | BUY | 8/8 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1315. | | | | | BUY | 8/23 | J | | |
| 1316. | | | | | BUY | 8/24 | K | | |
| 1317. - GALLAGHER ARTHUR | | | | | BUY | 5/24 | K | | |
| 1318. - STATE STR | | | | | BUY | 5/24 | L | | |
| 1319. - KPN | | | | | BUY | 5/25 | L | | |
| 1320. - ESSILOR | | | | | BUY | 5/26 | K | | |
| 1321. - SASOL | | | | | BUY | 6/13 | J | | |
| 1322. | | | | | BUY | 6/13 | K | | |
| 1323. | | | | | BUY | 6/14 | J | | |
| 1324. - NINTENDO | | | | | BUY | 7/1 | K | | |
| 1325. | | | | | BUY | 7/4 | K | | |
| 1326. | | | | | BUY | 7/6 | J | | |
| 1327. | | | | | BUY | 7/8 | J | | |
| 1328. - DEUTSCHE BANK | | | | | BUY | 7/15 | K | | |
| 1329. | | | | | SELL | 8/19 | K | B | |
| 1330. - SUN HUNG KIA | | | | | BUY | 7/19 | M | | |
| 1331. - STANDARD CHARTERED | | | | | BUY | 7/20 | L | | |
| 1332. - SMITH & NEPHEW | | | | | BUY | 7/20 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1333. | | | | | BUY | 10/18 | M | | |
| 1334. - CANADIAN NATURAL RES | | | | | BUY | 7/27 | K | | |
| 1335. | | | | | BUY | 7/28 | K | | |
| 1336. | | | | | BUY | 7/29 | K | | |
| 1337. | | | | | BUY | 8/9 | J | | |
| 1338. | | | | | BUY | 8/10 | J | | |
| 1339. - ALCAN | | | | | BUY | 7/29 | K | | |
| 1340. | | | | | BUY | 8/10 | K | | |
| 1341. | | | | | BUY | 8/11 | J | | |
| 1342. | | | | | BUY | 8/15 | K | | |
| 1343. | | | | | BUY | 10/13 | J | | |
| 1344. | | | | | BUY | 10/14 | J | | |
| 1345. | | | | | BUY | 10/17 | J | | |
| 1346. | | | | | BUY | 10/18 | J | | |
| 1347. | | | | | BUY | 10/20 | J | | |
| 1348. | | | | | BUY | 10/21 | J | | |
| 1349. - REPSOL | | | | | BUY | 8/9 | K | | |
| 1350. - BAYER | | | | | BUY | 8/10 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1351. | | | | | BUY | 8/19 | K | | |
| 1352. - VEOLIA | | | | | BUY | 8/11 | K | | |
| 1353. | | | | | BUY | 8/10 | J | | |
| 1354. | | | | | BUY | 8/16 | J | | |
| 1355. | | | | | BUY | 9/12 | J | | |
| 1356. | | | | | BUY | 9/13 | J | | |
| 1357. | | | | | BUY | 9/14 | J | | |
| 1358. | | | | | BUY | 9/16 | J | | |
| 1359. | | | | | BUY | 9/19 | J | | |
| 1360. | | | | | BUY | 9/20 | J | | |
| 1361. | | | | | BUY | 9/21 | J | | |
| 1362. | | | | | BUY | 9/21 | J | | |
| 1363. | | | | | BUY | 9/26 | K | | |
| 1364. | | | | | BUY | 9/26 | J | | |
| 1365. | | | | | BUY | 10/11 | J | | |
| 1366. - ADOBE | | | | | BUY | 8/15 | K | | |
| 1367. | | | | | BUY | 8/23 | K | | |
| 1368. - NEXT PLC | | | | | BUY | 8/15 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1369. | | | | | PARTIAL SALE | 11/23 | J | A | |
| 1370. | | | | | PARTIAL SALE | 11/24 | J | A | |
| 1371. | | | | | SELL | 11/25 | J | A | |
| 1372.  - CAMECO | | | | | BUY | 8/17 | K | | |
| 1373. | | | | | BUY | 8/17 | K | | |
| 1374.  - VOLKSWAGEN | | | | | BUY | 8/19 | K | | |
| 1375.  - BANCO SANTANDER | | | | | BUY | 8/19 | K | | |
| 1376.  - DANAHER | | | | | BUY | 8/23 | J | | |
| 1377. | | | | | BUY | 8/24 | J | | |
| 1378.  - CHEVRON | | | | | BUY | 8/23 | M | | |
| 1379. | | | | | PARTIAL SALE | 8/29 | J | A | |
| 1380.  - WESFARMERS | | | | | BUY | 9/5 | K | | |
| 1381.  - CARNIVAL | | | | | BUY | 9/7 | M | | |
| 1382. | | | | | BUY | 10/19 | K | | |
| 1383.  - CAPITAL ONE | | | | | BUY | 9/20 | K | | |
| 1384. | | | | | BUY | 9/21 | K | | |
| 1385. | | | | | BUY | 11/10 | K | | |
| 1386.  - AVON | | | | | BUY | 9/21 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1387. | | | | | BUY | 11/9 | J | | |
| 1388. | | | | | BUY | 12/2 | J | | |
| 1389. - TELFONICA | | | | | BUY | 10/17 | K | | |
| 1390. - ALLIANZ | | | | | BUY | 10/19 | K | | |
| 1391. - KINGFISHER | | | | | BUY | 10/19 | L | | |
| 1392. - - | | | | | BUY | 10/21 | K | | |
| 1393. | | | | | BUY | 11/4 | J | | |
| 1394. - CADBURY SCHWEPPES | | | | | BUY | 10/27 | K | | |
| 1395. - TOKYO ELECTRIC POWER | | | | | BUY | 10/21 | K | | |
| 1396. - MITSUBISHI HVY IND | | | | | BUY | 10/26 | K | | |
| 1397. - TREND MICRO | | | | | BUY | 11/2 | L | | |
| 1398. | | | | | BUY | 11/8 | K | | |
| 1399. | | | | | BUY | 11/9 | K | | |
| 1400. | | | | | BUY | 11/10 | K | | |
| 1401. - NIKKO CORDIAL | | | | | BUY | 11/4 | K | | |
| 1402. - SUMITOMO REAL ESTATE SALES | | | | | BUY | 11/9 | J | | |
| 1403. | | | | | BUY | 11/10 | K | | |
| 1404. | | | | | BUY | 11/11 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1405. - AUTONATION | | | | | BUY | 10/10 | K | | |
| 1406. -IBERDROLA | | | | | BUY | 10/31 | K | | |
| 1407. - MATTEL | | | | | BUY | 10/10 | K | | |
| 1408. - WILLIAMS SONOMA | | | | | BUY | 10/10 | K | | |
| 1409. - COCA COLA | | | | | BUY | 10/17 | K | | |
| 1410. | | | | | BUY | 11/30 | J | | |
| 1411. - MCDONALDS | | | | | BUY | 11/4 | K | | |
| 1412. - IMCLONE | | | | | BUY | 11/7 | K | | |
| 1413. | | | | | BUY | 11/8 | J | | |
| 1414. | | | | | BUY | 11/9 | J | | |
| 1415. | | | | | BUY | 11/10 | J | | |
| 1416. | | | | | BUY | 11/11 | J | | |
| 1417. | | | | | BUY | 11/14 | J | | |
| 1418. | | | | | BUY | 11/15 | J | | |
| 1419. | | | | | BUY | 11/16 | J | | |
| 1420. | | | | | BUY | 11/18 | J | | |
| 1421. | | | | | BUY | 11/18 | J | | |
| 1422. - ALCOA | | | | | BUY | 12/12 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15.000 | E = $15,001-$50.000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000.001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500.001-$1,000.000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market. | |
| | U = Book Value. | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1423. | | | | | BUY | 12/13 | K | | |
| 1424. | | | | | BUY | 12/14 | J | | |
| 1425. -RENTAL PROPERTY #24, BROOKLYN NY | | | | | TRANSFER | 1/1 | P1 | | |
| 1426. - DELTA PETROLEUM | | | | | BUY | 12/19 | K | | |
| 1427. | | | | | BUY | 12/20 | J | | |
| 1428. | | | | | BUY | 12/20 | K | | |
| 1429. | | | | | BUY | 12/21 | K | | |
| 1430. | | | | | BUY | 12/22 | K | | |
| 1431. | | | | | BUY | 12/23 | J | | |
| 1432. | | | | | BUY | 12/27 | K | | |
| 1433. - ZYMOGENETICS | | | | | BUY | 12/19 | J | | |
| 1434. | | | | | BUY | 12/20 | J | | |
| 1435. | | | | | BUY | 12/21 | J | | |
| 1436. | | | | | BUY | 12/22 | J | | |
| 1437. | | | | | BUY | 12/27 | J | | |
| 1438. - EXPEDIA | | | | | SPIN-OFF | 8/10 | L | | |
| 1439. | | | | | PARTIAL SALE | 11/10 | J | A | |
| 1440. | | | | | PARTIAL SALE | 11/11 | K | B | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1441. | | | | | PARTIAL SALE | 11/14 | K | C | |
| 1442. | | | | | PARTIAL SALE | 11/15 | J | B | |
| 1443. | | | | | SELL | 11/16 | J | A | |
| 1444. -SSGA MONEY MARKET FD | | | | | OPENED | | | | |
| 1445. -CASH FEDERATED NY MUNI | | | | | CLOSED | | | | |
| 1446. ████Trust #20 - List of Assets: | G | Dividend/Int | P1 | T | | | | | |
| 1447. - CINCINNATI FINL | | | | | SELL | 1/19 | K | D | |
| 1448. - GALLAGHER ARTHUR | | | | | SELL | 1/19 | K | B | |
| 1449. - INTEL | | | | | SELL | 1/19 | J | C | |
| 1450. - NESTLE | | | | | SELL | 1/19 | L | D | |
| 1451. - NEWS CORP | | | | | SELL | 1/19 | K | D | |
| 1452. - SBC COMMUNICATIONS | | | | | SELL | 1/19 | K | A | |
| 1453. - SOUTHWEST AIRLINES | | | | | SELL | 1/19 | K | C | |
| 1454. - SPRINT | | | | | SELL | 1/19 | L | E | |
| 1455. - FLUOR CORP | | | | | SELL | 1/19 | K | E | |
| 1456. - LILLY ELI & CO | | | | | SELL | 1/19 | L | A | |
| 1457. - MICROSOFT | | | | | SELL | 1/19 | K | A | |
| 1458. - CAMPBELL SOUP | | | | | SELL | 1/19 | K | D | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1459. - SUNCOR ENERGY | | | | | SELL | 1/19 | M | F | |
| 1460. - CANADIAN NATL | | | | | SELL | 1/19 | L | E | |
| 1461. - NOVARTIS | | | | | SELL | 1/19 | K | D | |
| 1462. - UNITED TECHNOLOGIES | | | | | SELL | 1/19 | L | E | |
| 1463. - KNIGHT RIDDER | | | | | SELL | 1/19 | K | A | |
| 1464. - CARNIVAL CORP | | | | | SELL | 1/19 | L | E | |
| 1465. - BERKSHIRE HATHAWAY | | | | | SELL | 1/19 | K | D | |
| 1466. - ROBERT HALF | | | | | SELL | 1/19 | K | E | |
| 1467. - UNILEVER | | | | | SELL | 1/19 | K | B | |
| 1468. - AGILENT TECHNOLOGIES | | | | | SELL | 1/19 | K | D | |
| 1469. - HEINEKEN | | | | | SELL | 1/19 | L | D | |
| 1470. - FEDEX | | | | | SELL | 1/19 | K | E | |
| 1471. - VODAFONE | | | | | SELL | 1/19 | K | D | |
| 1472. - WD-40 COMPANY | | | | | SELL | 1/19 | K | B | |
| 1473. - LUXOTTICA GRP | | | | | SELL | 1/19 | K | D | |
| 1474. - RIO TINTO | | | | | SELL | 1/19 | L | E | |
| 1475. - APPLIED MATLS | | | | | SELL | 1/19 | K | D | |
| 1476. - WALGREEN | | | | | SELL | 1/19 | K | D | |

1. Income/Gain Codes:     A = $1.000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000.001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1477. - UNITED PARCEL SERVICE | | | | | SELL | 1/19 | K | C | |
| 1478. - SLM | | | | | SELL | 1/19 | L | E | |
| 1479. - KRAFT FOODS | | | | | SELL | 1/19 | K | B | |
| 1480. - ASTRAZENECA | | | | | SELL | 1/19 | K | A | |
| 1481. - CHECKFREE | | | | | SELL | 1/19 | L | E | |
| 1482. - RADIOSHACK | | | | | SELL | 1/19 | K | D | |
| 1483. - KINDER MORGAN MGMT | | | | | PARTIAL SALE | 2/8 | K | D | |
| 1484. | | | | | PARTIAL SALE | 3/7 | J | A | |
| 1485. | | | | | SELL | 3/9 | J | A | |
| 1486. - AMYLIN PHARMACEUTICALS | | | | | SELL | 1/19 | J | A | |
| 1487. - COMCAST CORP | | | | | SELL | 1/19 | K | C | |
| 1488. - PETCO ANIMAL SUPPLIES | | | | | SELL | 1/19 | K | D | |
| 1489. - CANON | | | | | SELL | 1/19 | K | B | |
| 1490. - CHUBB CORP | | | | | SELL | 1/19 | J | B | |
| 1491. - GOLDEN WEST | | | | | SELL | 1/19 | K | D | |
| 1492. - RAYTHEON | | | | | SELL | 1/19 | K | D | |
| 1493. - DU PONT EI DE NEMOUR | | | | | SELL | 1/19 | K | B | |
| 1494. - AMERICAN ELEC PWR | | | | | SELL | 1/19 | K | D | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1495. - PROCTOR & GAMBLE | | | | | SELL | 1/19 | J | B | |
| 1496. - AMGEN | | | | | SELL | 1/19 | K | A | |
| 1497. - BIOGEN | | | | | SELL | 1/19 | K | D | |
| 1498. - MACROMEDIA | | | | | SELL | 1/19 | K | D | |
| 1499. - AUTONATION | | | | | SELL | 1/19 | K | B | |
| 1500. - MATTEL | | | | | SELL | 1/19 | K | A | |
| 1501. - GENL GROWTH PPTYS | | | | | SELL | 1/19 | K | B | |
| 1502. - DAVITA | | | | | SELL | 1/19 | K | D | |
| 1503. - OMNICOM GROUP | | | | | SELL | 1/19 | L | D | |
| 1504. - UMPQUA HLDGS | | | | | SELL | 1/19 | J | C | |
| 1505. - WELLPOINT (FORMERLY ANTHEM) | | | | | SELL | 1/19 | L | E | |
| 1506. - ANHEUSER BUSCH | | | | | BUY | 1/5 | J | | |
| 1507. | | | | | SELL | 1/19 | K | A | |
| 1508. - DOVER | | | | | SELL | 1/19 | J | A | |
| 1509. - KIMBERLY CLARK | | | | | SELL | 1/19 | J | A | |
| 1510. - MCDONALDS | | | | | SELL | 1/19 | J | B | |
| 1511. - TIME WARNER | | | | | SELL | 1/19 | J | B | |
| 1512. - FOREST LABS | | | | | SELL | 1/19 | K | A | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal      R = Cost (Real Estate Only)   S = Assessment      T = Cash/Market
   (See Column C2)          U = Book Value     V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1513. - CISCO SYS | | | | | SELL | 1/19 | J | A | |
| 1514. - HARTFORD FINL | | | | | SELL | 1/19 | J | B | |
| 1515. - VERIZON | | | | | SELL | 1/19 | J | A | |
| 1516. - LINCARE HLDS | | | | | SELL | 1/19 | J | B | |
| 1517. - EQUITABLE RESOURCES | | | | | SELL | 1/19 | J | B | |
| 1518. - GUIDANT | | | | | SELL | 1/19 | K | D | |
| 1519. - SYNGENTA | | | | | SELL | 1/19 | K | D | |
| 1520. - NEENAH | | | | | SELL | 1/19 | J | A | |
| 1521. - LEXMARK | | | | | BUY | 1/10 | K | | |
| 1522. | | | | | SELL | 1/19 | K | A | |
| 1523. - AIR PRODS & CHEM | | | | | SELL | 1/19 | L | E | |
| 1524. - ALLERGAN | | | | | SELL | 1/19 | K | D | |
| 1525. - AMERICAN INTL | | | | | SELL | 1/19 | K | D | |
| 1526. - AMERICAN STD | | | | | SELL | 1/19 | L | E | |
| 1527. - BAKER HUGHES | | | | | SELL | 1/19 | K | D | |
| 1528. - BECTON DICKINSON | | | | | SELL | 1/19 | K | D | |
| 1529. - CITIGROUP | | | | | SELL | 1/19 | K | D | |
| 1530. - COSTCO | | | | | SELL | 1/19 | L | E | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. - DUKE ENERGY | | | | | SELL | 1/19 | L | D | |
| 1532. - EMERSON ELEC | | | | | SELL | 1/19 | L | E | |
| 1533. - EXXON | | | | | SELL | 1/19 | L | E | |
| 1534. - GENERAL ELEC | | | | | SELL | 1/19 | M | E | |
| 1535. - IAC INTERACTIVE | | | | | PARTIAL SALE | 1/18 | K | A | |
| 1536. | | | | | PARTIAL SALE | 1/19 | J | A | |
| 1537. | | | | | SELL | 1/20 | K | A | |
| 1538. - ILLINOIS TOOL WORKS | | | | | SELL | 1/19 | L | E | |
| 1539. - IBM | | | | | SELL | 1/19 | L | D | |
| 1540. - JPMORGAN CHASE | | | | | SELL | 1/19 | L | E | |
| 1541. - LOWES | | | | | SELL | 1/19 | L | E | |
| 1542. - PEPSICO | | | | | SELL | 1/19 | L | D | |
| 1543. - ROYAL DUTCH PETE | | | | | SELL | 1/19 | L | E | |
| 1544. - SCHLUMBERGER | | | | | SELL | 2/2 | L | E | |
| 1545. - STATE STR | | | | | SELL | 1/19 | K | D | |
| 1546. - UNION PACIFIC | | | | | SELL | 1/19 | L | C | |
| 1547. - UNOCAL | | | | | SELL | 1/19 | L | E | |
| 1548. - WEATHERFORD | | | | | SELL | 1/19 | K | D | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15.000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1549. - WELLS FARGO | | | | | SELL | 1/19 | K | D | |
| 1550. - WHOLE FOODS | | | | | SELL | 1/19 | L | E | |
| 1551. - WILLIAMS SONOMA | | | | | SELL | 1/19 | K | D | |
| 1552. - US TREAURY NOTE 5.75% 11/15/05 | | | | | BUY | 2/14 | P1 | | |
| 1553. | | | | | SELL | 11/15 | P1 | A | |
| 1554. - CASH - MONEY MARKET FEDERATED NY MUNI | | | | | | | | | |
| 1555. ▓▓▓▓BUSINESS #3, BROOKLYN, NY - | | None | N | U | | | | | |
| 1556. RENTAL PROPERTY #26, BROOKLYN, NY | D | LLC | J | U | | | | | |
| 1557. RENTAL PROPERTY # 27, BROOKLYN, NY | E | LLC | J | U | | | | | |
| 1558. RENTAL PROPERTY #30, BROOKLYN, NY | G | LLC | | | LIQUIDATED | 12/31 | | | |
| 1559. ▓▓▓▓Trust #21 - List of Assets: | G | LLC, Int | P2 | U | | | | | |
| 1560. - RENTAL PROPERTY #3 | | | | | LIQ | 12/31 | | | |
| 1561. - RENTAL PROPERTY #8 | | | | | LIQ | 12/31 | | | |
| 1562. - RENTAL PROPERTY #4 | | | | | LIQ | 12/31 | | | |
| 1563. - RENTAL PROPERTY #5 | | | | | LIQ | 12/31 | | | |
| 1564. - RENTAL PROPERTY #6 | | | | | LIQ | 12/31 | | | |
| 1565. - RENTAL PROPERTY #9 | | | | | LIQ | 12/31 | | | |
| 1566. - RENTAL PROPERTY #13 | | | | | LIQ | 12/31 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS  — income. value, transcations (includes those of the spouse and dependent children.  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1567.  - RENTAL PROPERTY #26 | | | | | | | | | |
| 1568.  - RENTAL PROPERTY #14 | | | | | | | | | |
| 1569.  - RENTAL PROPERTY #15 | | | | | | | | | |
| 1570.  - RENTAL PROPERTY #30 | | | | | LIQ | 12/31 | | | |
| 1571.  - RENTAL PROPERTY #27 | | | | | | | | | |
| 1572.  - RENTAL PROPERTY #28 | | | | | | | | | |
| 1573.  - RENTAL PROPERTY #29 | | | | | | | | | |
| 1574.  - Chase - cash | | | | | OPEN | 1/1 | P2 | | |
| 1575.  Rental Property #29 | E | Ptshp | J | U | | | | | |
| 1576.  Rental Property #28 | | None | J | U | | | | | |
| 1577.  ▉▉▉▉ Trust #22 - List of Assets: | G | Int, Div | P3 | T | | | | | |
| 1578.  - Equity Account: | | | | | | | | | |
| 1579.  - ACCOR | | | | | To Bnficiary | 2/11 | L | | |
| 1580.  - AEON CO | | | | | To Bnficiary | 2/11 | L | | |
| 1581.  - AGILENT TECH | | | | | To Bnficiary | 2/10 | L | | |
| 1582.  - AIR PRODUCTS & CHEMS | | | | | To Bnficiary | 2/10 | M | | |
| 1583.  - ALLERGAN | | | | | To Bnficiary | 2/10 | M | | |
| 1584.  - AMERICA MOVIL | | | | | To Bnficiary | 2/10 | M | | |

1. Income/Gain Codes:     A = $1.000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15.001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1585. - AMERICAN INTL GROUP | | | | | To Bnficiary | 2/10 | L | | |
| 1586. - AMERICAN STD | | | | | To Bnficiary | 2/10 | M | | |
| 1587. - AMGEN | | | | | To Bnficiary | 2/10 | M | | |
| 1588. - AMYLIN PHARM | | | | | To Bnficiary | 2/10 | L | | |
| 1589. - ANHEUSER BUSCH | | | | | To Bnficiary | 2/10 | L | | |
| 1590. - APPLIED MATERIALS | | | | | To Bnficiary | 2/10 | L | | |
| 1591. - AUTONATION | | | | | To Bnficiary | 2/10 | L | | |
| 1592. - BAKER HUGHES | | | | | To Bnficiary | 2/10 | L | | |
| 1593. - BECTON DICKINSON | | | | | To Bnficiary | 2/10 | L | | |
| 1594. - BERSHIRE HATHAWAY | | | | | To Bnficiary | 2/10 | L | | |
| 1595. - BG GROUP | | | | | SELL | 1/20 | M | D | |
| 1596. - BHP BILLITON | | | | | To Bnficiary | 2/11 | L | | |
| 1597. - BNP PARIBAS | | | | | To Bnficiary | 2/11 | M | | |
| 1598. - BOUYGUES | | | | | To Bnficiary | 2/11 | L | | |
| 1599. - CAMPBELL SOUP | | | | | To Bnficiary | 2/10 | L | | |
| 1600. - CANON | | | | | To Bnficiary | 2/11 | L | | |
| 1601. - CHECKFREE | | | | | SELL | 2/4 | L | E | |
| 1602. - CHEUNG KONG HLDG | | | | | To Bnficiary | 2/11 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1603. - CHUGAI PHARM | | | | | To Bnficiary | 2/11 | L | | |
| 1604. - CINCINNATI FINL | | | | | To Bnficiary | 2/10 | M | | |
| 1605. - CISCO SYS | | | | | To Bnficiary | 2/10 | K | | |
| 1606. - COCA-COLA AMATIL | | | | | To Bnficiary | 2/11 | L | | |
| 1607. - COLOPLAST | | | | | PARTIAL SALE | 2/7 | K | B | |
| 1608. | | | | | PARTIAL SALE | 2/15 | K | C | |
| 1609. | | | | | PARTIAL SALE | 2/17 | K | B | |
| 1610. | | | | | PARTIAL SALE | 2/21 | K | C | |
| 1611. | | | | | SELL | 2/25 | K | C | |
| 1612. - COMCAST | | | | | To Bnficiary | 2/10 | L | | |
| 1613. - COSTCO | | | | | To Bnficiary | 2/10 | M | | |
| 1614. - CRH PLC | | | | | To Bnficiary | 2/11 | M | | |
| 1615. - DAVITA | | | | | To Bnficiary | 2/10 | M | | |
| 1616. - DU PONT EI DE NEMOUR | | | | | To Bnficiary | 2/10 | L | | |
| 1617. - DUKE ENERGY | | | | | PARTIAL SALE | 1/19 | L | D | |
| 1618. | | | | | To Bnficiary | 2/10 | M | | |
| 1619. - EMERSON ELEC | | | | | To Bnficiary | 2/10 | M | | |
| 1620. - ENI | | | | | To Bnficiary | 2/11 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1621. - ERICSSON | | | | | To Bnficiary | 2/11 | L | | |
| 1622. - EXXON MOBIL | | | | | To Bnficiary | 2/10 | M | | |
| 1623. - FANUC | | | | | To Bnficiary | 2/11 | L | | |
| 1624. - FEDEX | | | | | To Bnficiary | 2/10 | L | | |
| 1625. - FLOUR | | | | | To Bnficiary | 2/10 | M | | |
| 1626. - FOREST LABS | | | | | To Bnficiary | 2/10 | L | | |
| 1627. - GENERAL ELEC | | | | | PARTIAL SALE | 1/19 | L | D | |
| 1628. | | | | | To Bnficiary | 2/10 | M | | |
| 1629. - GENL GROWTH PPTYS | | | | | To Bnficiary | 2/10 | L | | |
| 1630. - GOLDEN WEST FINL | | | | | To Bnficiary | 2/10 | L | | |
| 1631. - GUIDANT | | | | | SELL | 1/19 | L | D | |
| 1632. - HANG LUNG PROP | | | | | To Bnficiary | 2/11 | L | | |
| 1633. - HARTFORD FINL | | | | | To Bnficiary | 2/10 | L | | |
| 1634. - HBOS PLC | | | | | To Bnficiary | 2/11 | M | | |
| 1635. - HEINEKEN | | | | | PARTIAL SALE | 1/20 | L | D | |
| 1636. | | | | | To Bnficiary | 2/11 | M | | |
| 1637. - HOLCIM LTD | | | | | PARTIAL SALE | 1/20 | L | D | |
| 1638. | | | | | To Bnficiary | 2/11 | M | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $2 0,000-$500,0 0    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1639. - HONG KONG & CHINA GAS | | | | | PARTIAL SALE | 1/20 | K | C | |
| 1640. | | | | | To Bnficiary | 2/11 | M | | |
| 1641. - HOYA | | | | | To Bnficiary | 2/11 | M | | |
| 1642. - HSBCHLDG | | | | | To Bnficiary | 2/11 | M | | |
| 1643. - IAC INTERACTIVE | | | | | To Bnficiary | 2/10 | M | | |
| 1644. - ILLINOIS TOOL WORKS | | | | | To Bnficiary | 2/10 | M | | |
| 1645. - IBM | | | | | To Bnficiary | 2/10 | M | | |
| 1646. - JC DECAUX | | | | | To Bnficiary | 2/11 | M | | |
| 1647. - KINDER MORGAN | | | | | To Bnficiary | 2/10 | L | | |
| 1648. - KNIGHT RIDDER | | | | | To Bnficiary | 2/10 | L | | |
| 1649. - KONICA MINOLTA | | | | | To Bnficiary | 2/11 | M | | |
| 1650. - KPN | | | | | To Bnficiary | 2/11 | L | | |
| 1651. - KRAFT FOODS | | | | | To Bnficiary | 2/10 | L | | |
| 1652. - L'AIR LIQUID BEARER | | | | | To Bnficiary | 2/11 | M | | |
| 1653. - LI & FUNG | | | | | PARTIAL SALE | 1/20 | L | D | |
| 1654. | | | | | To Bnficiary | 2/11 | M | | |
| 1655. - LILLY ELI & CO | | | | | To Bnficiary | 2/10 | M | | |
| 1656. - L'OREAL | | | | | To Bnficiary | 2/11 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1657. - LOWES | | | | | To Bnficiary | 2/10 | N | | |
| 1658. - MACROMEDIA | | | | | SELL | 2/4 | L | E | |
| 1659. - MATTEL | | | | | To Bnficiary | 2/10 | L | | |
| 1660. - MICROSOFT | | | | | To Bnficiary | 2/10 | L | | |
| 1661. - MITSUBISHI CORP | | | | | PARTIAL SALE | 1/20 | L | D | |
| 1662. | | | | | To Bnficiary | 2/11 | M | | |
| 1663. - MITSUBISHI ESTATE | | | | | To Bnficiary | 2/11 | L | | |
| 1664. - MITSUI SUMITOMO | | | | | To Bnficiary | 2/11 | L | | |
| 1665. - NESTLE SA | | | | | PARTIAL SALE | 1/20 | L | C | |
| 1666. | | | | | To Bnficiary | 2/11 | M | | |
| 1667. - NIKON | | | | | To Bnficiary | 2/11 | L | | |
| 1668. - NISSAN MOTOR | | | | | To Bnficiary | 2/11 | M | | |
| 1669. - NOVARTIS AG | | | | | To Bnficiary | 2/11 | M | | |
| 1670. - OMNICOM | | | | | To Bnficiary | 2/10 | M | | |
| 1671. - PEPSICO | | | | | PARTIAL SALE | 1/19 | L | C | |
| 1672. | | | | | To Bnficiary | 2/10 | M | | |
| 1673. - PORTUGAL TELECOM | | | | | To Bnficiary | 2/11 | M | | |
| 1674. - PROCTOR & GAMBLE | | | | | To Bnficiary | 2/10 | L | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1675. - RADIOSHACK | | | | | To Bnficiary | 2/10 | L | | |
| 1676. - RECKITT BENCKISER | | | | | PARTIAL SALE | 1/20 | M | D | |
| 1677. | | | | | To Bnficiary | 2/11 | M | | |
| 1678. - REED ELSEVIER | | | | | To Bnficiary | 2/11 | M | | |
| 1679. - RENAULT | | | | | SELL | 2/4 | L | A | |
| 1680. - RHOEN-KLINIKUM | | | | | To Bnficiary | 2/11 | L | | |
| 1681. - RICHEMONT | | | | | To Bnficiary | 2/11 | M | | |
| 1682. - RIO TINTO | | | | | PARTIAL SALE | 1/20 | M | E | |
| 1683. | | | | | To Bnficiary | 2/11 | M | | |
| 1684. - ROYAL BANK SCOTLAND | | | | | PARTIAL SALE | 1/20 | M | E | |
| 1685. | | | | | To Bnficiary | 2/11 | M | | |
| 1686. - ROYAL DUTCH PETE 1.25 | | | | | To Bnficiary | 2/10 | N | | |
| 1687. - SAMSUNG ELEC | | | | | To Bnficiary | 2/14 | M | | |
| 1688. - SANOFI-AVENTIS | | | | | PARTIAL SALE | 1/19 | N | E | |
| 1689. | | | | | To Bnficiary | 2/11 | M | | |
| 1690. - SAP AG | | | | | To Bnficiary | 2/11 | K | | |
| 1691. - SBC COMMUNICATIONS | | | | | To Bnficiary | 2/10 | L | | |
| 1692. - SCHLUMBERGER | | | | | PARTIAL SALE | 1/19 | K | C | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1693. | | | | | To Bnficiary | 2/10 | M | | |
| 1694. - SCHNEIDER ELEC | | | | | To Bnficiary | 2/11 | M | | |
| 1695. - SHELLCDA | | | | | PARTIAL SALE | 1/19 | L | D | |
| 1696. | | | | | To Bnficiary | 2/11 | M | | |
| 1697. - SHIONOGI & CO | | | | | PARTIAL SALE | 1/13 | J | A | |
| 1698. | | | | | PARTIAL SALE | 1/14 | K | A | |
| 1699. | | | | | PARTIAL SALE | 1/20 | J | A | |
| 1700. | | | | | SELL | 1/24 | K | A | |
| 1701. - SIEMENS | | | | | To Bnficiary | 2/10 | L | | |
| 1702. - SINGAPORE TELECOMM | | | | | To Bnficiary | 2/11 | M | | |
| 1703. - SLM CORP | | | | | PARTIAL SALE | 1/19 | L | E | |
| 1704. | | | | | To Bnficiary | 2/10 | M | | |
| 1705. - SMC | | | | | PARTIAL SALE | 1/20 | L | D | |
| 1706. | | | | | To Bnficiary | 2/11 | K | | |
| 1707. - SMITH & NEPHEW | | | | | SELL | 2/4 | L | D | |
| 1708. - SMITHS GROUP | | | | | SELL | 1/6 | L | E | |
| 1709. - SOUTHWEST AIRLINES | | | | | To Bnficiary | 2/10 | L | | |
| 1710. - STATOIL | | | | | SELL | 1/20 | L | D | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1711.  - STMICROELECTRONICS | | | | | SELL | 2/4 | K | A | |
| 1712.  - SUMITOMO MITSUI | | | | | To Bnficiary | 2/11 | M | | |
| 1713.  - SUNCOR ENERGY | | | | | To Bnficiary | 2/11 | K | | |
| 1714.  - SYNGENTA | | | | | PARTIAL SALE | 1/20 | K | C | |
| 1715. | | | | | To Bnficiary | 2/11 | M | | |
| 1716.  - TELEFONICA | | | | | To Bnficiary | 2/11 | L | | |
| 1717.  - TIME WARNER | | | | | To Bnficiary | 2/10 | L | | |
| 1718.  - TOKYO ELECTRON | | | | | To Bnficiary | 2/11 | M | | |
| 1719.  - TOKYO GAS | | | | | To Bnficiary | 2/11 | L | | |
| 1720.  - UNI-CHARM | | | | | PARTIAL SALE | 2/16 | K | A | |
| 1721. | | | | | SELL | 2/25 | M | A | |
| 1722.  - UNION PACIFIC | | | | | PARTIAL SALE | 1/19 | L | D | |
| 1723. | | | | | To Bnficiary | 2/10 | M | | |
| 1724.  - UNITED TECH | | | | | To Bnficiary | 2/10 | M | | |
| 1725.  - UNOCAL | | | | | PARTIAL SALE | 1/19 | L | D | |
| 1726. | | | | | SELL | 2/4 | L | D | |
| 1727.  - UPM-KYMMENE | | | | | To Bnficiary | 2/11 | M | | |
| 1728.  - VERIZON COMM | | | | | To Bnficiary | 2/10 | K | | |

1. Income/Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
   (See Columns B1 and D4)      F  = $50,001-$100,000      G  = $100,001-$1,000,000      H1  = $1,000,001-$5,000,000      H2  = More than $5,000,000
2. Value Codes:      J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
   (See Columns C1 and D3)      N  = $250,000-$500,000      O  = $500,001-$1,000,000      P1  = $1,000,001-$5,000,000      P2  = $5,000,001-$25,000,000
   P3  = $25,000,001-$50,000,000      P4  = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal      R  = Cost (Real Estate Only)      S  = Assessment      T  = Cash/Market
   (See Column C2)      U  = Book Value      V  = Other      W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1729. - VODAFONE | | | | | To Bnficiary | 2/11 | N | | |
| 1730. - WAL-MART DE MEXICO | | | | | To Bnficiary | 2/11 | M | | |
| 1731. - WEATHERFORD | | | | | To Bnficiary | 2/10 | L | | |
| 1732. -RENTAL PROPERTY # 25, BROOKLYN NY | | | | | TRANSFER | 1/1/ | P1 | | |
| 1733. - WELLS FARGO | | | | | To Bnficiary | 2/10 | L | | |
| 1734. - WHOLE FOODS MARKET | | | | | To Bnficiary | 2/10 | M | | |
| 1735. - WILLIAMS SONOMA | | | | | To Bnficiary | 2/10 | L | | |
| 1736. - YAKULT HONSHA | | | | | To Bnficiary | 2/11 | L | | |
| 1737. - LEXMARK | | | | | BUY | 1/5 | L | | |
| 1738. | | | | | To Bnficiary | 2/10 | L | | |
| 1739. - WELLPOINT | | | | | BUY | 1/5 | M | | |
| 1740. | | | | | To Bnficiary | 2/10 | M | | |
| 1741. - JPMORGAN CHASE | | | | | BUY | 1/11 | L | | |
| 1742. | | | | | To Bnficiary | 2/10 | L | | |
| 1743. - NATIONAL INSTRUMENTS | | | | | BUY | 1/25 | J | | |
| 1744. | | | | | BUY | 1/26 | J | | |
| 1745. | | | | | BUY | 1/27 | K | | |
| 1746. | | | | | To Bnficiary | 2/10 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1747. - SEPRACOR | | | | | BUY | 1/28 | K | | |
| 1748. | | | | | BUY | 1/31 | K | | |
| 1749. | | | | | To Bnficiary | 2/10 | K | | |
| 1750. - RINKER | | | | | BUY | 2/2 | J | | |
| 1751. | | | | | To Bnficiary | 2/11 | J | | |
| 1752. - CASH MONEY MARKET - JPM NY TAX FREE | | | | | CLOSED | 3/31 | | | |
| 1753. -Fixed Income Account: | | | | | | | | | |
| 1754. - EMPIRE ST 4.0% 3/15/07 | | | | | SELL | 1/19 | P1 | A | |
| 1755. - ERIE CO NY 5.0% 5/1/07 | | | | | SELL | 1/19 | P1 | A | |
| 1756. - MET TRANS AUTH 5.0% 11/15/07 | | | | | SELL | 1/19 | P1 | A | |
| 1757. - NASSAU CO SALES TAX 5.0% 11/15/14 | | | | | SELL | 1/19 | P1 | D | |
| 1758. - NEW YORK CITY 5.625% 4/15/05 | | | | | SELL | 1/19 | P1 | A | |
| 1759. - NEW YORK DFRN 1.62% 8/1/21 | | | | | SELL | 1/19 | N | A | |
| 1760. - NY CITY TFA 5.0% 8/1/07 | | | | | SELL | 1/19 | P1 | A | |
| 1761. - NY CITY TFA RECOVERY 1.639% 11/1/22 | | | | | PARTIAL SALE | 1/13 | P1 | A | |
| 1762. | | | | | SELL | 1/20 | P1 | A | |
| 1763. - NY DORM CATSKILLS 3.0% 2/15/07 | | | | | SELL | 1/19 | O | A | |
| 1764. - NY ST DORM AUTH 5.0% | | | | | SELL | 1/19 | P1 | A | |

1. Income/Gain Codes:      A = $1.000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1765. - NY ST DORM UNIV 5.25% 11/15/26 | | | | | SELL | 1/19 | P1 | A | |
| 1766. - NY ST DORM UNIV 6.5% 5/15/05 | | | | | SELL | 1/19 | P1 | A | |
| 1767. - NY ST ENV PIT 5.25% 12/15/16 | | | | | SELL | 1/19 | P1 | C | |
| 1768. - NY ST ENVIRON 5.25% 6/15/12 | | | | | SELL | 1/19 | P1 | D | |
| 1769. - NY ST TWY AU 5.25% 4/1/07 | | | | | SELL | 1/19 | P1 | A | |
| 1770. - NYC GO 5.0% 8/1/15 | | | | | SELL | 1/19 | P1 | D | |
| 1771. - NYC MUNI 5.5% 7/1/07 | | | | | SELL | 1/19 | O | A | |
| 1772. - SUFFOLK CO 4.0% 6/15/12 | | | | | SELL | 1/19 | P1 | A | |
| 1773. - SUFFOLK CO 4.0% 2/1/06 | | | | | SELL | 1/19 | P1 | A | |
| 1774. - TRIBOROUGH 5.0% 11/15/07 | | | | | SELL | 1/19 | P1 | A | |
| 1775. - YONKERS 5.0% 12/1/07 | | | | | SELL | 1/19 | P1 | A | |
| 1776. - MET TRANS AUTH 5.25% | | | | | BUY | 1/12 | P1 | | |
| 1777. | | | | | SELL | 1/19 | P1 | A | |
| 1778. - US TREASURY NOTE 1.875% 1/31/06 | | | | | BUY | 1/27 | P3 | | |
| 1779. | | | | | BUY | 3/8 | O | | |
| 1780. | | | | | BUY | 11/25 | P1 | | |
| 1781. | | | | | PARTIAL SALE | 12/15 | P2 | E | |
| 1782. - US TREASURY NOTE 2.25% 4/30/06 | | | | | BUY | 12/16 | P2 | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting<br>Barry, Maryanne T | Date of Report<br>9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy. sell,<br>merger.<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1783. - CASH - FEDERATED NY MUNI | | | | | | | | | |
| 1784. CHASE INVESTMENT SERVICES ACCOUNT: | | | | | | | | | |
| 1785. US TREASURY BILL 2/17/05 | F | Interest | | T | REDEMPTION | 2/17 | P2 | A | |
| 1786. US TREASURY BILL 3/3/05 | G | Interest | | T | REDEMPTION | 3/3 | P2 | A | |
| 1787. US TREASURY BILL 4/14/05 | F | Interest | | | BUY | 3/3 | P3 | | |
| 1788. | | | | | REDEMPTION | 4/14 | P3 | A | |

| | | | | | |
|---|---|---|---|---|---|
| **1. Income/Gain Codes:** | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| **2. Value Codes:** | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| **3. Value Method Codes** | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names(ie. Rental Property #1)
These entities will eventually be liquidated as they wind up their affairs:

Rental Property #1
Rental Property #2
Rental Property # 16
Rental Property #17
Rental Property #18
Rental Property #21
Rental Property # 22
Rental Property #23
Rental Property #24
Rental Property #25
Rental property #26
Rental Property #27

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _September 18, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544